Message

| | |
|---|---|
| **From**: | McGorty, Glen [GMcGorty@crowell.com] |
| **Sent**: | 8/2/2013 3:45:00 PM |
| **To**: | Sipoura Barzideh [SBarzideh@paulweiss.com] |
| **CC**: | Walter G Ricciardi [wricciardi@paulweiss.com]; Zelenko, Daniel [DZelenko@crowell.com]; Kotwani, Namrata [NKotwani@crowell.com] |
| **Subject**: | Attorney Work Product/Documents Attached |
| **Attachments**: | Aug 2 2013 Review MAR Expenses Paul Weiss_Draft_Attny Work Product.xlsx; Aug 2 2013 MAR Trips Paul Weiss_Draft_Attny Work Product.xlsx |

Sipoura ---

Please find both the master spreadsheet (which includes expenses post April 5, 2013), and a revised "trips" spreadsheet, which has header featuring the information you requested for each trip. In addition, please find below, the remaining answers to the line items on which you requested clarification.

**Are these items part of a trip?**

Item 1078 --- travel fee (May 2011: New York - London - New York)

Item 1080 – 5/8/11 British Airways (May 2011: New York - London - New York)

Item 1085 – 5/10/11 airline reporting (May 2011: New York - London - New York)

Item 1086 --- 5/10/11 $221 (May 2011: New York - London - New York)

Item 1091 --- 5/11/11 airline reporting (May 2011: New York - London - New York)

Item 1092 --- 5/11/11 – Alhama restaurant (May 2011: New York - London - New York)

Item 1093 --- 5/11/11 --- paul st.l pain (May 2011: New York - London - New York)

Item 1094 --- 5/12/11 Pret a manger (May 2011: New York - London - New York)

Item 1095 ---- 5/12/11 Aquaspirits (May 2011: New York - London - New York)

Item 1102 --- St Maarti Lane Hotel (May 2011: New York - London - New York)

Item 1104 ---- St Maarti Lane Hotel (May 2011: New York - London - New York)

Item 1106 --- Starbucks (May 2011: New York - London - New York)

Item 1107 ---- Langdom hotel (Langham Hotel, May 2011: New York - London - New York)

Item 1108 ----langdon hotel (Langham Hotel, May 2011: New York - London - New York)

Item 1119 ----air canada (June 2011:  New York - Montreal - Toronto - New York)

Item 1124 --- 5/27/11 airline reporting (June 2011:  New York - Montreal - Toronto - New York)

Item 1125 --- 5/27 air canada (June 2011:  New York - Montreal - Toronto - New York)

Item 1126 --- 5/27 american airlines (June 2011:  New York - Montreal - Toronto - New York)

Item 1127 --- 5/27 airline reporting (June 2011:  New York - Montreal - Toronto - New York)

Item 1143 ---- airline reporting (June 2011:  New York - Paris - New York (Cancellation-Refund))

Item 1149 --- grand toronto venture (June 2011:  New York - Montreal - Toronto - New York)

Item 1164 --- airline reporting fee (June 2011:  New York - Dubai - New York (Cancellation- Refund))

Item 1180 --- airline reporting fee (June 2011:  New York - Dubai - New York (Cancellation-Refund))

Item 1188--- airline reporting fee (June 2011:  New York - Dubai - New York (Cancellation-Refund))

Item 1943 --- car rental in Florida? Should this be part of May 2012 NY-Paris-Miami-NY trip? (May 2012: New York - Paris - Miami - New York: partial business expense)


Thanks,

Glen

---

**Glen G. McGorty**

gmcgorty@crowell.com
Direct: 1.212.895.4246 | Fax: 1.212.895.4201

**Crowell & Moring LLP** | www.crowell.com

590 Madison Avenue, 20th Floor

New York, NY 10022

**Privileged and Confidential**
**Attorney-Client Communication**
**Attorney Work Product**

This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                                                                                          APOLLO00043570