Message

| | |
|---|---|
| **From**: | McGorty, Glen [GMcGorty@crowell.com] |
| **Sent**: | 8/1/2013 11:33:00 AM |
| **To**: | Sipoura Barzideh [sbarzideh@paulweiss.com] |
| **CC**: | Zelenko, Daniel [DZelenko@crowell.com]; Kotwani, Namrata [NKotwani@crowell.com] |
| **Subject**: | RE: Common Interest Privilege Document |
| **Attachments**: | July 29 2013 Review MAR Expenses Paul Weiss_Draft_Attny Work Product.xlsx |

Sipoura,

Attached is the DRAFT spreadsheet showing the modifications and edits based on our session last Monday in your office when Mr. Rashid was able to review the calendar and email.

I will be meeting with Mr. Rashid later this afternoon and will continue on the outstanding projects including (1) providing trip summaries for each of the business trips taken during the period; and (2) reviewing and categorizing the expenses since April 2013.

Thanks,

Glen

_____

**Glen G. McGorty**

gmcgorty@crowell.com
Direct: 1.212.895.4246 | Fax: 1.212.895.4201

**Crowell & Moring LLP** | www.crowell.com

590 Madison Avenue, 20th Floor

New York, NY 10022

**Privileged and Confidential**
**Attorney-Client Communication**
**Attorney Work Product**

This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

_____

**From:** Kotwani, Namrata
**Sent:** Thursday, August 01, 2013 12:25 AM
**To:** Sipoura Barzideh
**Cc:** McGorty, Glen; Zelenko, Daniel
**Subject:** Common Interest Privilege Document


Good evening Sipoura:


Pursuant to our common interest, attached is the DRAFT spreadsheet showing:


1. Classifications w.r.t. "Missing Expenses"


Best wishes,

Namrata




Namrata Kotwani *

nkotwani@crowell.com
Direct 1.212.895.4328

*not yet admitted to practice law in New York*

**Crowell & Moring LLP** | www.crowell.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                                                                     APOLLO00042431

590 Madison Avenue

New York, NY 10022

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                                      APOLLO00042432