
GreenbergTraurig

Gregory W. Kehoe
Tel (212) 801-9200
KehoeG@gtlaw.com

July 24, 2018

*The Court will hear the parties on both the pending motion to dismiss and the schedule on July 31 at 3 p.m.*

*SO ORDERED*
*[signature] USDJ*
*7-24-18*

**VIA ECF**

The Honorable P. Kevin Castel
Courtroom 11D
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *SEC v. Mohammed Ali Rashid,* No. 17-cv-8223 (PKC)

Dear Judge Castel:

We represent Defendant Mohammed Ali Rashid in the above-captioned case. We recently appeared as substitute counsel for Mr. Rashid.

We write to respectfully request a sixth-month adjournment of trial. Under the Court's current Civil Case Management Plan and Scheduling Order, the Final Pretrial Submission date is presently set for January 10, 2019. (*See* Dkt. No. 23 ¶ 11.) Likewise, we request that the pre-trial deadlines set by the Court be similarly adjusted in accordance with the attached Proposed Revised Case Management Plan and Scheduling Order. The SEC only consents to a four-month adjournment of trial, and adjournment of all unexpired pre-trial deadlines.

To thoroughly address this motion, we further request that the Court schedule a status conference at the Court's earliest convenience.

Should the Court have any questions or need additional information, please do not hesitate to contact us. We very much appreciate the Court's consideration.

Very truly yours,

/s/ Gregory W. Kehoe
Gregory W. Kehoe

cc:   All Counsel of Record (*via ECF*)