

Gregory W. Kehoe
Tel (212) 801-9200
KehoeG@gtlaw.com

July 25, 2018

**VIA ECF**

The Honorable P. Kevin Castel
Courtroom 11D
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:     *SEC v. Mohammed Ali Rashid,* **No. 17-cv-8223 (PKC)**

Dear Judge Castel:

We represent Defendant Mohammed Ali Rashid in the above-captioned case.

Earlier today the Court scheduled a hearing on July 31, 2018 at 3 p.m. to hear the pending motions to dismiss and to adjourn the trial and amend the scheduling order.  (Dkt. No. 42.) Because of previously scheduled travel plans, we are unable to attend a hearing at that time, and respectfully request that the Court reschedule the hearing for before 1 p.m. on July 31, or any time after August 9.

Should the Court have any questions or need additional information, please do not hesitate to contact us.   We very much appreciate the Court's consideration.

Very truly yours,

 /s/ Gregory W. Kehoe
Gregory W. Kehoe

cc:     All Counsel of Record (*via ECF*)