UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,       No. 17-cv-8223 (PKC)

             -v-       **DECLARATION OF GREGORY W. KEHOE**

MOHAMMED ALI RASHID,

            Defendant.
------------------------------------------------------------------ X

I, GREGORY W. KEHOE, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a shareholder in Greenberg Traurig, LLP, counsel to Defendant Mohammed Ali Rashid. I am a member in good standing of the bars of New York, Florida, and the District of Columbia, as well as the Southern District of New York and other federal courts. I am making this declaration in support of Mr. Rashid's letter opposing the SEC's request for an order overruling objections asserted by me as a basis to instruct Glen McGorty, Esq. to decline to answer questions during his deposition an October 30, 2018.

2. Attached hereto as Exhibit 1 is a true and correct copy of McGorty Dep. Ex. 1A, a copy of Crowell's engagement letter with Mr. Rashid and accompanying redacted timesheets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                ___/s/ Gregory W. Kehoe___
                                                                Executed November 13, 2018