# EXHIBIT 1



590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

**Daniel L. Zelenko**
(212) 895-4266
dzelenko@crowell.com

July 12, 2013

Mr. Ali Rashid
240 Park Avenue South, Apartment 14A
New York, NY 10003-1415

Re:  Retention of Crowell & Moring LLP

Dear Mr. Rashid:

This letter will memorialize our agreement concerning your representation by Crowell & Moring LLP ("Crowell & Moring") in connection with an internal investigation and a related SEC investigation of your employer, Apollo Global Management, LLC ("Apollo"). Crowell & Moring's current assignment on your behalf is limited to the matter described above.

I will have primary responsibility for this matter. Other Crowell & Moring lawyers, law clerks, or legal assistants may also work on this matter from time to time under my supervision as the need arises.

Crowell & Moring will charge an hourly fee for the time that our lawyers, law clerks, or legal assistants spend on this matter. The current rates for the individuals likely to work on this assignment range from a high of $705 an hour for my time, to $245 an hour for paralegals. Our rates generally are reviewed for adjustment annually by the firm's Management Board. We also bill for expenses and other services, including postage, long-distance telephone, administrative overtime, photocopies, word processing, travel, messenger services, and meals. The latter will be billed in a separate category to provide you information necessary for your federal tax returns.

Crowell & Moring renders statements monthly for services performed during the preceding month. These statements are due on receipt.

You have informed us that you wish to accept an offer by your employer, Apollo, to pay the reasonable and necessary costs of your legal representation. Accordingly, we will invoice Apollo and copy you concerning all of our billings.

Plaintiff's Deposition Exhibit 1A

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ California ▪ Anchorage ▪ London ▪ Brussels

**CONFIDENTIAL**                                             CM-AR-SEC-0000001

Mr. Ali Rashid
July 12, 2013
Page 2

You understand and agree, however, that we work for you personally and that our duties and obligations are owed to you and not Apollo.  Likewise, if Apollo should cease paying our fees, or if any other circumstance should arise that requires you to cease accepting their offer of payment, you will be responsible for any unpaid fees and expenses and for ongoing costs incurred.  For that reason, if such a circumstance should arise, we will immediately ascertain whether you desire to continue the retention before further costs accrue.  Additionally, nothing in this agreement shall limit any pre-existing rights that you may have to obtain indemnification for payment of legal fees and expenses from Apollo in connection with this matter.

Apollo's payment of your legal fees does not create any professional relationship or obligation between this firm and Apollo.  Nevertheless, with your consent, certain confidential communications between this firm and counsel for Apollo may occur.  Such communications would be subject to all applicable privileges under law.  As I indicated, we will engage in such communications or understandings only to the extent that they advance our representation of you and your interests.

In the event that a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

Finally, unless we receive different instructions from you, we will retain files from this matter for five years after its completion.  At that time, documents other than those with intrinsic value (such as a deed or contract) will be offered to you and, if not accepted, will be destroyed.

CONFIDENTIAL

CM-AR-SEC-0000002

Mr. Ali Rashid
July 12, 2013
Page 3


If these terms and conditions are acceptable, please sign the enclosed copy of this letter in the space below and return it to me within ten business days. If we do not receive the countersigned letter or any objections to it within ten days, and with your knowledge we begin work for you, we will treat the terms of this letter as having been accepted by you.

Sincerely yours,

Daniel L. Zelenko


**READ, UNDERSTOOD AND AGREED:**

By: _____
    ALI RASHID

Date: _____

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ Anchorage ▪ London ▪ Brussels

**CONFIDENTIAL**



crowell moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ∎ f202 628-5116

August 9, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1434777

---

Statement of Account

RE: Investigation

| | |
|---|---:|
| Professional Services Rendered Through July 31, 2013 | $105,873.00 |
| Other Services and Expenses Incurred for your Account | 670.35 |
| Total Services and Expenses | 106,543.35 |
| Total Due This Invoice | $106,543.35 |

---

Please remit checks to:
Lockbox:
P.O. Box 75509
Baltimore, MD 21275-5509
Taxpayer ID # 52-1150358

To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
        San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
        Washington, DC 20004

REMITTANCE



**crowell moring**

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p 202 624-2500 ▪ f 202 628-5116

9 August 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1434777

---

Statement of Account

Re: Investigation

## Professional Services:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/02/13 | G M | Teleconference with Dan Zelenko regarding new client, Ali Rashid. | 0.60 | 408.00 |
| 07/03/13 | DLZ | Telephone conference with client (1.5); telephone conference with Paul Weiss (.5). | 2.00 | 1,410.00 |
| 07/03/13 | G M | Conference call with client, Ali Rashid, and Dan Zelenko. | 1.10 | 748.00 |
| 07/03/13 | G M | Second conference call with Mr. Rashid regarding matter. | 1.20 | 816.00 |
| 07/03/13 | G M | Conference call with Mr. Rashid, and his spouse and sister regarding matter. | 0.70 | 476.00 |
| 07/04/13 | G M | Email correspondence regarding matter. | 0.20 | 136.00 |
| 07/05/13 | DLZ | Correspondence with client. | 0.50 | 352.50 |
| 07/05/13 | G M | Email correspondence regarding matter. | 0.20 | 136.00 |

**CONFIDENTIAL**                                    CM-AR-SEC-0000005

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/13 | G M | ███████████████████████ | 1.80 | 1,224.00 |
| 07/06/13 | DLZ | Correspondence with client. | 0.50 | 352.50 |
| 07/06/13 | G M | Email correspondence and teleconference with Mr. Rashid regarding ██████████ | 1.50 | 1,020.00 |
| 07/07/13 | G M | ███████████████ correspondence regarding ████████ | 1.30 | 884.00 |
| 07/08/13 | DLZ | Meeting with Paul Weiss at Paul Weiss offices (1.0); telephone conference and review of client materials (2.0). | 3.00 | 2,115.00 |
| 07/08/13 | N K | Discuss facts of the case with Mr. McGorty. | 0.20 | 68.00 |
| 07/08/13 | G M | Meeting with Mr. Zelenko regarding status; ██████ conference call with Mr. Rashid regarding ████ | 1.60 | 1,088.00 |
| 07/08/13 | G M | Meeting at Paul Weiss with Mr. Finzi, Mr. Ricciardi, Ms. Maisel, and Mr. Zelenko regarding status of internal investigation; follow-up with Ms. Kotwani. | 1.50 | 1,020.00 |
| 07/08/13 | G M | Teleconference with Mr. Rashid regarding ███████ | 1.20 | 816.00 |
| 07/08/13 | G M | ███████ correspondence with client. | 1.30 | 884.00 |
| 07/09/13 | DLZ | Review confidentiality letter from Paul Weiss (.3); telephone conference with client (.5); correspondence with Paul Weiss and review of materials from Paul Weiss (.5). | 1.30 | 916.50 |
| 07/09/13 | N K | ███████████████████ | 11.90 | 4,046.00 |
| 07/09/13 | G M | Meeting with client and ██████████ correspondence with Paul Weiss regarding confidentiality agreement and other matters; ████████ | 8.00 | 5,440.00 |
| 07/09/13 | G M | Teleconference with Mr. Rashid regarding status. | 0.70 | 476.00 |
| 07/10/13 | DLZ | Telephone conference with Paul Weiss (.3); correspondence with client (.7). | 1.00 | 705.00 |

CONFIDENTIAL                                          CM-AR-SEC-0000006

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/10/13 | G M | Teleconference with Mr. Rashid regarding status; correspondence with Paul Weiss regarding scheduling of conference call; meeting with Ms. Kotwani on status update. | 1.00 | 680.00 |
| 07/10/13 | G M | Teleconference with Mr. Finzi and Mr. Zelenko, regarding status; follow-up discussion regarding next steps. | 0.50 | 340.00 |
| 07/10/13 | G M | Teleconference with client regarding ▮ | 0.50 | 340.00 |
| 07/10/13 | G M | ▮ | 1.30 | 884.00 |
| 07/11/13 | DLZ | ▮ | 1.50 | 1,057.50 |
| 07/11/13 | N K | ▮ | 11.00 | 3,740.00 |
| 07/11/13 | G M | Teleconference with Mr. Rashid and Mr. Zelenko regarding status and next steps; related follow-up meeting. | 1.00 | 680.00 |
| 07/11/13 | G M | Two teleconferences with Mr. Rashid regarding ▮ | 1.50 | 1,020.00 |
| 07/11/13 | G M | Correspondence with Mr. Finzi and Ms. Maisel regarding ▮ | 0.20 | 136.00 |
| 07/11/13 | G M | ▮ | 0.30 | 204.00 |
| 07/11/13 | G M | Teleconference with Mr. Rashid regarding ▮ | 0.40 | 272.00 |
| 07/11/13 | G M | Teleconference with Paul Weiss regarding email correspondence and meeting with BDO; follow-up with Mr. Zelenko regarding ▮ | 0.30 | 204.00 |
| 07/12/13 | JEK | ▮ | 0.80 | 608.00 |
| 07/12/13 | DLZ | Conference with client ▮ (3.0); telephone conference with P. Weiss (.3). | 3.30 | 2,326.50 |
| 07/12/13 | N K | Confer with Mr. Rashid ▮ | 8.70 | 2,958.00 |
| 07/12/13 | G M | Meeting with Mr. Rashid ▮ | 6.50 | 4,420.00 |

**CONFIDENTIAL**

CM-AR-SEC-0000007

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/12/13 | G M | Teleconference with Mr. Finzi regarding status; correspondence with Mr. Finzi. | 0.20 | 136.00 |
| 07/13/13 | JEK | Conference with client. | 2.50 | 1,900.00 |
| 07/13/13 | N K | | 2.60 | 884.00 |
| 07/15/13 | DLZ | | 4.00 | 2,820.00 |
| 07/15/13 | N K | Confer with Mr. Rashid | 10.90 | 3,706.00 |
| 07/15/13 | G M | Conference with Mr. Zelenko regarding next steps; conference with Ms. Kotwani regarding | 0.30 | 204.00 |
| 07/15/13 | G M | Teleconference with Mr. Rashid regarding review of expense spreadsheet and related issues. | 0.40 | 272.00 |
| 07/15/13 | G M | Conference with Mr. Rashid and Ms. Kotwani | 0.50 | 340.00 |
| 07/15/13 | G M | Teleconference with Mr. Rashid | 0.50 | 340.00 |
| 07/16/13 | DLZ | Conference with client | 4.00 | 2,820.00 |
| 07/16/13 | N K | | 12.60 | 4,284.00 |
| 07/16/13 | G M | Meeting with Mr. Rashid, and Mr. Zelenko and Ms. Kotwani, | 5.00 | 3,400.00 |
| 07/17/13 | DLZ | Meeting with client, Paul Weiss and BDO at Paul Weiss offices (5.5); (.5). | 6.00 | 4,230.00 |
| 07/17/13 | N K | Represent Mr. Rashid at interview with counsel. | 8.30 | 2,822.00 |

**CONFIDENTIAL**                                                                 CM-AR-SEC-0000008

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 6

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/17/13 | G M | Conference with Mr. Rashid at outside counsel from Paul Weiss, and BDO auditors, at Paul Weiss offices regarding review of expense spreadsheet. | 6.50 | 4,420.00 |
| 07/18/13 | DLZ | Telephone conference with client (.3); telephone conference with P. Weiss (.3). | 0.60 | 423.00 |
| 07/18/13 | G M | Teleconference with Walter Ricciardi regarding prior work session on expense spreadsheet and next steps; related internal meeting regarding call. | 0.30 | 204.00 |
| 07/18/13 | G M | Two conference calls with Mr. Rashid regarding ███████ ███████ | 1.00 | 680.00 |
| 07/19/13 | DLZ | Telephone conference with G. McGorty and correspondence with client. | 0.50 | 352.50 |
| 07/19/13 | N K | ███████████████████████████ | 7.30 | 2,482.00 |
| 07/19/13 | G M | ███ orrespondence with Paul Weiss regarding spreadsheet. | 0.40 | 272.00 |
| 07/19/13 | G M | Teleconference with Mr. Rashid regarding ███████ | 0.50 | 340.00 |
| 07/20/13 | G M | Teleconference with Mr. Rashid regarding ███████ | 0.70 | 476.00 |
| 07/21/13 | G M | Teleconference with Mr. Rashid regarding ███████ | 0.70 | 476.00 |
| 07/22/13 | DLZ | Telephone conference with Paul Weiss (.3); telephone conference with client and ███████████ (1.2). | 1.50 | 1,057.50 |
| 07/22/13 | N K | ███████████████ | 2.90 | 986.00 |
| 07/22/13 | G M | Correspondence with Mr. Rashid regarding ███████ | 0.30 | 204.00 |
| 07/22/13 | G M | Teleconference wtih Mssrs. Finzi, Ricciardi, and Zelenko, regarding meeting with the SEC; ███████ | 0.50 | 340.00 |
| 07/22/13 | G M | Teleconference with Mr. Rashid regarding ███████ | 0.40 | 272.00 |

CONFIDENTIAL

CM-AR-SEC-0000009

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 7

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/23/13 | DLZ | Correspondence with client (.5); telephone conference with Paul Weiss (5); ███ | 1.50 | 1,057.50 |
| 07/23/13 | N K | ███ | 5.00 | 1,700.00 |
| 07/23/13 | G M | Teleconference with Mr. Zelenko regarding ███ | 0.40 | 272.00 |
| 07/24/13 | DLZ | Telephone conference with client and correspondence with Paul Weiss. | 0.50 | 352.50 |
| 07/24/13 | N K | ███ | 1.60 | 544.00 |
| 07/25/13 | DLZ | Telephone conference with client and ███ | 0.50 | 352.50 |
| 07/25/13 | N K | ███ | 5.20 | 1,768.00 |
| 07/25/13 | G M | Correspondence with Mr. Rashid, Mr. Zelenko, and Ms Kotwani, regarding ███ | 0.40 | 272.00 |
| 07/25/13 | G M | ███ | 0.50 | 340.00 |
| 07/26/13 | DLZ | ███ | 1.00 | 705.00 |
| 07/26/13 | N K | ███ | 2.80 | 952.00 |
| 07/26/13 | G M | Correspondence with Mr. Rashid regarding next steps. | 0.20 | 136.00 |
| 07/28/13 | G M | Teleconference with Mr. Rashid regarding status; correspondence with Mr. Rashid regarding the same. | 1.10 | 748.00 |
| 07/29/13 | DLZ | Telephone conference with client. | 0.50 | 352.50 |
| 07/29/13 | N K | Represent Mr. Rashid at calendar review at Paul Weiss. ███ | 7.60 | 2,584.00 |
| 07/29/13 | G M | Correspondence with Mr. Rashid regarding ███ | 0.30 | 204.00 |

CONFIDENTIAL                                      CM-AR-SEC-0000010

Matter Number: 109529.0000001
Invoice Number: 1434777
Page #: 8

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/30/13 | N K | ███████████████████████████ | 2.20 | 748.00 |
| 07/30/13 | G M | ████████████████; teleconference with Ms. Kotwani and related correspondence. | 1.20 | 816.00 |
| 07/31/13 | DLZ | ████████████████████ and correspondence with client. | 0.50 | 352.50 |
| 07/31/13 | N K | ███████████████████████████ | 1.30 | 442.00 |
| 07/31/13 | G M | Teleconference with Mr. Ricciardi and Ms. Barzideh regarding spreadsheet questions. | 0.20 | 136.00 |
| 07/31/13 | G M | Teleconference with Mr. Rashid regarding ██████████ | 0.20 | 136.00 |
| 07/31/13 | G M | Meeting with Mr. Rashid ████████████████ | 3.80 | 2,584.00 |
| 07/31/13 | G M | Second teleconference with Mr. Ricciardi and Ms. Barzideh regarding spreadsheet questions. | 0.30 | 204.00 |
| 07/31/13 | G M | Teleconference with Ms. Kotwani regarding ████████ | 0.30 | 204.00 |
| 07/31/13 | G M | ███████████████████████████ | 1.80 | 1,224.00 |
| 07/31/13 | G M | Email correspondence with Ms. Kotwani and Mr. Zelenko regarding ████████████ | 0.20 | 136.00 |

| | | Total Professional Services | 205.10 | $105,873.00 |
|---|---|---|---|---|

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| In-House Network Printing | 19.35 |
| Inhouse Duplicating | 225.00 |
| Inhouse Color Copying | 418.00 |
| Binding, Inhouse Charged | 8.00 |

Crowell & Moring LLP ▪ www.crowell.com
Washington, DC ▪ California ▪ New York ▪ Anchorage ▪ London ▪ Brussels

CONFIDENTIAL

CM-AR-SEC-0000011

**Total Other Services & Expenses**                                    <u>$670.35</u>

**Total Due this Invoice**                                    <u>$106,543.35</u>

CONFIDENTIAL                                    CM-AR-SEC-0000012



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

September 11, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1437698

---

Statement of Account

RE: Investigation

| | |
|---|---|
| Professional Services Rendered Through August 31, 2013 | $35,644.00 |
| Other Services and Expenses Incurred for your Account | 158.66 |
| Total Services and Expenses | 35,802.66 |
| Total Due This Invoice | $35,802.66 |

---

Please remit checks to:
Lockbox:
P.O. Box 75509
Baltimore, MD 21275-5509
Taxpayer ID # 52-1150358

To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
              San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
              Washington, DC 20004



**1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595**
**p202 624-2500 ■ f202 628-5116**

September 11, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1437698

Statement of Account

Re: Investigation

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/01/13 | DLZ | Meeting with client (1.0); review of material requested by Paul Weiss (1.5). | 2.50 | 1,762.50 |
| 08/01/13 | N K | ███████████████████████ | 4.60 | 1,564.00 |
| 08/01/13 | G M | ██████████████████ related correspondence with Ms. Kotwani. | 1.20 | 816.00 |
| 08/01/13 | G M | ████████████ telephone conference and email correspondence with Sipoura Barzideh regarding items in question; email correspondence and teleconference with Ms. Kotwani regarding additional project instructions. | 7.80 | 5,304.00 |
| 08/02/13 | DLZ | Review of materials for Paul Weiss (1.5); correspondence with client (.5). | 2.00 | 1,410.00 |

Crowell & Moring LLP ■ www.crowell.com
Washington, DC ■ California ■ New York ■ Anchorage ■ London ■ Brussels

**CONFIDENTIAL**

Matter Number: 109529.0000001
Invoice Number: 1437698
Page #: 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/13 | N K | ███████████████████████ | 5.50 | 1,870.00 |
| 08/02/13 | G M | Two teleconferences with Ms. Kotwani regarding ████ | 0.40 | 272.00 |
| 08/02/13 | G M | ███████████████ | 0.20 | 136.00 |
| 08/02/13 | G M | ████████████████████ correspondence related to the same. | 0.40 | 272.00 |
| 08/05/13 | DLZ | Telephone conference with client (.5); telephone conference with L. Bernstein of Apollo (.2); review of Board resignation letter (.3). | 1.00 | 705.00 |
| 08/05/13 | G M | ██████████████████ teleconference with Mr. Rashid. | 0.40 | 272.00 |
| 08/06/13 | G M | Teleconference with Mr. Rashid regarding ████ | 0.30 | 204.00 |
| 08/06/13 | G M | Teleconference with Mr. Ricciardi regarding ████ | 0.20 | 136.00 |
| 08/06/13 | G M | ████████████████ | 0.60 | 408.00 |
| 08/07/13 | G M | Correspondence with Mr. Rashid regarding ████ | 0.20 | 136.00 |
| 08/09/13 | G M | Teleconference with Ali Rashid regarding status; related email correspondence. | 0.40 | 272.00 |
| 08/09/13 | G M | Teleconference with D. Zelenko regarding ████ | 0.30 | 204.00 |
| 08/12/13 | DLZ | Correspondence with Paul Weiss (.3); telephone conference with client (.5); review of client materials (.5). | 1.30 | 916.50 |
| 08/12/13 | G M | Teleconference with Roberto Finzi regarding status; related follow-up. | 0.50 | 340.00 |

CONFIDENTIAL

CM-AR-SEC-0000015

Matter Number: 109529.0000001
Invoice Number: 1437698
Page #: 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/12/13 | G M | Teleconference with Mr. Rashid regarding status update. | 0.40 | 272.00 |
| 08/14/13 | DLZ | Telephone conference with Paul Weiss (.4); telephone conference with Paul Weiss (.5). | 0.90 | 634.50 |
| 08/14/13 | G M | Teleconference with Roberto Finzi at Paul Weiss regarding status. | 0.40 | 272.00 |
| 08/14/13 | G M | Teleconference with Mr. Rashid regarding status. | 0.40 | 272.00 |
| 08/14/13 | G M | Second teleconference with Mr. Rashid regarding ▮▮▮▮▮ | 0.30 | 204.00 |
| 08/15/13 | DLZ | Telephone conference with Paul Weiss (.3); telephone conference with client (.5); ▮▮▮▮▮ | 2.30 | 1,621.50 |
| 08/15/13 | N K | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 6.80 | 2,312.00 |
| 08/15/13 | G M | ▮▮▮▮ teleconference with Roberto Finzi regarding topics of upcoming interview of Mr. Rashid. | 0.50 | 340.00 |
| 08/15/13 | G M | Teleconference with Mr. Rashid, Mr. Zelenko, and Ms. Kotwani regarding ▮▮▮▮▮. | 0.30 | 204.00 |
| 08/15/13 | G M | Teleconference with Mr. Rashid regarding ▮▮▮▮▮ | 0.70 | 476.00 |
| 08/15/13 | G M | ▮▮▮▮▮ teleconference with Mr. Rashid regarding ▮▮▮▮▮ | 0.40 | 272.00 |
| 08/15/13 | G M | Teleconference with Mr. Rashid ▮▮▮▮▮ | 0.80 | 544.00 |

CONFIDENTIAL    CM-AR-SEC-0000016

Matter Number: 109529.0000001
Invoice Number: 1437698
Page #: 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/13 | DLZ | ██████████████████████ A. Rashid interview with Paul Weiss and follow-up discussion (1.5). | 2.70 | 1,903.50 |
| 08/16/13 | N K | ████████████████████ Represent Mr. Rashid with Mr. Zelenko and Mr. McGorty in interview conducted by Mr. Finzi & Ms. Barzideh. ██████ | 3.10 | 1,054.00 |
| 08/16/13 | G M | Meeting with Mr. Rashid and Mr. Zelenko and Ms. Kotwani | 0.50 | 340.00 |
| 08/16/13 | G M | Meeting with Paul Weiss regarding specific inquiries; attended by Mr. Rashid, Mr. Zelenko, and Ms. Kotwani; related follow-up. | 1.00 | 680.00 |
| 08/19/13 | DLZ | Correspondence with client. | 0.30 | 211.50 |
| 08/20/13 | DLZ | Review correspondence with Paul Weiss (.5); telephone conference with client (.5). | 1.00 | 705.00 |
| 08/20/13 | N K | ████████████████████████ Teleconference with Ms. Barzideh to discuss missing expenses and latest BDO developments. | 1.40 | 476.00 |
| 08/20/13 | G M | Correspondence with Mr. Rashid regarding status. | 0.20 | 136.00 |
| 08/21/13 | DLZ | Telephone conference with client. | 0.50 | 352.50 |
| 08/22/13 | DLZ | Telephone conference with client (.5); correspondence with Paul Weiss (.5). | 1.00 | 705.00 |
| 08/22/13 | N K | Review remaining T&E expenses with Ms. Barzideh and confer with Mr. Rashid ████████████ | 1.80 | 612.00 |
| 08/22/13 | G M | ██████████████████ related teleconference with Mr. Zelenko. | 0.30 | 204.00 |
| 08/23/13 | DLZ | Correspondence with Paul Weiss (.5); correspondence with client (.3). | 0.80 | 564.00 |

CONFIDENTIAL                                                                    CM-AR-SEC-0000017

Matter Number: 109529.0000001
Invoice Number: 1437698
Page #: 6

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/23/13 | N K | ████████████████████ and dispatch spreadsheet to Ms. Barzideh. | 1.90 | 646.00 |
| 08/23/13 | G M | ████████████████ related correspondence with Ms. Barzideh and Mr. Finzi. | 1.60 | 1,088.00 |
| 08/24/13 | N K | ████████████████████ and dispatch spreadsheet to Ms. Barzideh. | 1.90 | 646.00 |
| 08/25/13 | G M | Teleconference with Mr. Rashid regarding status; scheduling of personal trip. | 0.80 | 544.00 |
| 08/26/13 | DLZ | Correspondence with client. | 0.50 | 352.50 |
| | | **Total Professional Services** | **65.30** | **$35,644.00** |

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| In-House Network Printing | 1.35 |
| Local Transportation | 22.80 |
| Meals | 134.51 |
| **Total Other Services & Expenses** | **$158.66** |

**Total Due this Invoice**      $35,802.66

**Crowell & Moring LLP** ■ www.crowell.com
**Washington, DC** ■ **California** ■ **New York** ■ **Anchorage** ■ **London** ■ **Brussels**

**CONFIDENTIAL**      **CM-AR-SEC-0000018**



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ■ f202 628-5116

October 14, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1440761

---

Statement of Account

RE: Investigation

| | |
|---|---:|
| Professional Services Rendered Through September 30, 2013 | $22,105.00 |
| Other Services and Expenses Incurred for your Account | 308.27 |
| Total Services and Expenses | 22,413.27 |
| Total Due This Invoice | $22,413.27 |

---

Please remit checks to:
Lockbox:
P.O. Box 75509
Baltimore, MD 21275-5509
Taxpayer ID # 52-1150358

To remit by Wire transfer or ACH  please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
        San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
        Washington, DC 20004

**CONFIDENTIAL**                                                          CM-AR-SEC-0000019



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ■ f202 628-5116

October 14, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1440761

Statement of Account

Re: Investigation

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/03/13 | DLZ | Correspondence with Paul Weiss. | 0.50 | 352.50 |
| 09/04/13 | DLZ | Correspondence with Paul Weiss (.5); telephone conference with client (.5). | 1.00 | 705.00 |
| 09/04/13 | N K | Consult with Mr. Rashid via phone and ████ Teleconference with Ms. Barzideh & Mr. Zelenko re queries regarding pending T&Es and BMO conference trip. | 3.30 | 1,122.00 |
| 09/04/13 | G M | Teleconference with Mr. Rashid and Mr. Zelenko; related email correspondence with Paul Weiss, Ms. Kotwani, and Mr. Zelenko; review of Ms. Kotwani's work product. | 0.60 | 408.00 |
| 09/05/13 | DLZ | Telephone conference with G. McGorty (.3); correspondence with client (.2). | 0.50 | 352.50 |
| 09/05/13 | G M | Teleconference with Roberto Finzi regarding status of matter; related email correspondence. | 0.40 | 272.00 |

Crowell & Moring LLP ■ www.crowell.com
Washington, DC ■ California ■ New York ■ Anchorage ■ London ■ Brussels

**CONFIDENTIAL**

CM-AR-SEC-0000020

Matter Number: 109529.0000001
Invoice Number: 1440761
Page #: 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/05/13 | G M | Teleconference with Mr. Rashid regarding schedule and ███████ ████████ | 0.60 | 408.00 |
| 09/05/13 | G M | Teleconference with Mr. Zelenko regarding status. | 0.20 | 136.00 |
| 09/06/13 | G M | Internal correspondence with Mr. Zelenko and Ms. Kotwani; review of related reports. | 0.40 | 272.00 |
| 09/08/13 | N K | ███████████████████████ and email the same to Ms. Barzideh. | 0.30 | 102.00 |
| 09/09/13 | DLZ | Review requests from Paul Weiss (1.0); correspondence with client (.5); review client spreadsheet (.5). | 2.00 | 1,410.00 |
| 09/09/13 | N K | Research and respond to Ms. Barzideh's questions re Ms. Khan's Fidelity and JP Morgan accounts. | 0.50 | 170.00 |
| 09/09/13 | G M | Review of draft correspondence; teleconference with Mr. Rashid and Mr. Zelenko regarding status. | 0.70 | 476.00 |
| 09/09/13 | G M | Review of response to Paul Weiss inquiry. | 0.20 | 136.00 |
| 09/10/13 | DLZ | Telephone conference with Paul Weiss (.8); telephone conference with client (.7). | 1.50 | 1,057.50 |
| 09/10/13 | N K | ███████████████████████ and email the same to Ms. Barzideh. Prepare draft spreadsheet (unreimbursed expenses) with item descriptions as requested by Ms. Barzideh. | 1.80 | 612.00 |
| 09/10/13 | G M | Teleconference with Roberto Finzi regarding status. | 0.70 | 476.00 |
| 09/10/13 | G M | Review of correspondence related to Paul Weiss requests and related responses from Mr. Rashid. | 0.30 | 204.00 |
| 09/11/13 | DLZ | Review correspondence with Paul Weiss and telephone conference with client. | 1.00 | 705.00 |
| 09/11/13 | N K | ███████████████████████ send to Ms. Barzideh. Obtain requested documents (eg invoices and account statements) from Mr. Rashid and send to Ms. Barzideh. | 1.30 | 442.00 |
| 09/11/13 | G M | Review of Paul Weiss requests and teleconference with Mr. Rashid. | 0.70 | 476.00 |

Crowell & Moring LLP ■ www.crowell.com
Washington, DC ■ California ■ New York ■ Anchorage ■ London ■ Brussels

CONFIDENTIAL                                      CM-AR-SEC-0000021

Matter Number: 109529.0000001
Invoice Number: 1440761
Page #: 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/13 | DLZ | Correspondence with Paul Weiss (.3); review of client material and transmittal to Paul Weiss (.7); telephone conference with client (.5). | 1.50 | 1,057.50 |
| 09/13/13 | G M | Teleconference with Mr. Rashid and Mr. Zelenko regarding ▮▮▮ email correspondence ▮▮▮ | 0.40 | 272.00 |
| 09/13/13 | G M | Email correspondence with Mr. Finzi regarding ▮▮▮ | 0.20 | 136.00 |
| 09/15/13 | G M | ▮▮▮ | 0.20 | 136.00 |
| 09/16/13 | DLZ | Correspondence with Paul Weiss (.3); telephone conference with client (.5). | 0.80 | 564.00 |
| 09/16/13 | G M | Correspondence with Mr. Finzi regarding update; two teleconferences with Mr. Rashid regarding status. | 1.20 | 816.00 |
| 09/17/13 | DLZ | Follow-up correspondence with Paul Weiss (.2); telephone conference with Paul Weiss (.5); telephone conference with client (.5). | 1.20 | 846.00 |
| 09/17/13 | N K | ▮▮▮ and forward to Ms. Barzideh. Forward invoice to Ms. Barzideh. | 0.20 | 68.00 |
| 09/17/13 | G M | Internal meeting with Mr. Zelenko regarding ▮▮▮ related teleconference with Mr. Rashid regarding same. | 0.80 | 476.00 |
| 09/20/13 | DLZ | Telephone conference with Paul Weiss (.2); conference with client (1.3). | 1.50 | 1,057.50 |
| 09/20/13 | N K | ▮▮▮ | 2.50 | 850.00 |
| 09/20/13 | G M | Preparation for and participation in meeting with Ali Rashid in ▮▮▮ | 2.00 | 1,360.00 |
| 09/20/13 | G M | Teleconference with Ali Rashid regarding follow-up and status. | 0.20 | 136.00 |
| 09/20/13 | G M | Teleconference with Roberto Finzi and Daniel Zelenko regarding status. | 0.30 | 204.00 |
| 09/23/13 | DLZ | Telephone conference with client (.5); telephone conference with Paul Weiss (.3). | 0.80 | 564.00 |

**CONFIDENTIAL**                                                                                 **CM-AR-SEC-0000022**

Matter Number: 109529.0000001
Invoice Number: 1440761
Page #: 5

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/23/13 | G M | Teleconference with Mr. Finzi and Mr. Zelenko. | 0.30 | 204.00 |
| 09/23/13 | G M | Teleconference with Mr. Rashid. | 0.30 | 204.00 |
| 09/23/13 | G M | Second teleconference with Ali Rashid regarding █████. | 0.20 | 136.00 |
| 09/25/13 | G M | Correspondence with Mr. Rashid regarding meeting. | 0.20 | 136.00 |
| 09/26/13 | G M | Teleconference regarding Apollo meeting scheduled for October 1st. | 0.30 | 204.00 |
| 09/27/13 | DLZ | Correspondence with Paul Weiss. | 0.30 | 211.50 |
| 09/27/13 | G M | Correspondence with Paul Weiss regarding status update; internal conference with Mr. Zelenko regarding the same. | 0.20 | 136.00 |
| 09/30/13 | DLZ | Conference with client (1.0); correspondence with P. Weiss (.2). | 1.20 | 846.00 |
| 09/30/13 | N K | ██████████████████████ | 1.50 | 510.00 |
| 09/30/13 | G M | Meeting with Ali Rashid regarding █████ related email correspondence and follow-up with Mr. Rashid. | 1.00 | 680.00 |

**Total Professional Services** — **37.80** — **$22,105.00**

## Other Services & Expenses:

| Description | Amount |
|-------------|--------|
| Local Transportation | 29.82 |
| Outside Duplicating | 278.45 |
| **Total Other Services & Expenses** | **$308.27** |

| **Total Due this Invoice** | **$22,413.27** |

CONFIDENTIAL

CM-AR-SEC-0000023



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ■ f202 628-5116

. November 15, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1444327

---

Statement of Account

RE: Ali Rashid - Investigation

| | |
|---|---:|
| Professional Services Rendered Through October 07, 2013 | $4,618.50 |
| Other Services and Expenses Incurred for your Account | 0.00 |
| Total Services and Expenses | 4,618.50 |
| Total Due This Invoice | $4,618.50 |

---

Please remit checks to:          To remit by Wire transfer or ACH  please use the instructions below and include our
Lockbox:                         invoice/debit number in the REFERENCE section.
P.O. Box 75509
Baltimore, MD 21275-5509         WIRE payments:                    ACH Payments:
Taxpayer ID # 52-1150358         Account No. 2000026603531         Account No: 2000026603531
                                 Wire Routing Transit  no: 121000248   ACH Routing Transit No: 054001220
                                 Bank Name: Wells Fargo Bank, N.A.  Bank Name: Wells Fargo Bank, N.A.
                                 Address: 420 Montgomery            Address: 801 Pennsylvania Ave. N.W. #6
                                          San Francisco, CA 94104            Washington, DC 20004
                                 SWIFT Code: WFBIUS6S



**crowell moring**

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

November 15, 2013

John Suydam, Esq.
Chief Legal Officer
Apollo Global Management, LLC
9 West 57th Street, 43rd Floor
New York, N.Y. 10019

Matter: 109529.0000001
Invoice Number: 1444327

Statement of Account

Re: Ali Rashid - Investigation

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/01/13 | G M | Meeting with Ali Rashid regarding meeting at Apollo. | 0.60 | 408.00 |
| 10/01/13 | G M | Internal conferences with Mr. Zelenko and Ms. Kotwani. | 0.30 | 204.00 |
| 10/01/13 | G M | Teleconference with Mr. Rashid. | 0.20 | 136.00 |
| 10/01/13 | G M | Review of email from Mr. Rashid; internal conference with Mr. Zelenko regarding the same. | 0.20 | 136.00 |
| 10/02/13 | DLZ | Telephone conference with client (.5); correspondence with Paul Weiss (.3). | 0.80 | 564.00 |
| 10/02/13 | G M | Teleconference with Roberto Finzi regarding status; review of email and related correspondence with Mr. Rashid and Mr. Zelenko. | 0.30 | 204.00 |
| 10/03/13 | DLZ | Telephone conference with client (.5); telephone conference with Paul Weiss (.2). | 0.70 | 493.50 |

Crowell & Moring LLP ▪ www.crowell.com
Washington, DC ▪ California ▪ New York ▪ Anchorage ▪ London ▪ Brussels

CM-AR-SEC-0000025

Matter Number: 109529.0000001
Invoice Number: 1444327
Page #: 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/04/13 | DLZ | Telephone conference with client (.5); telephone conference with Paul Weiss and review of request from Paul Weiss (.5). | 1.00 | 705.00 |
| 10/04/13 | G M | Correspondence with Ms. Barzideh at Paul Weiss; internal conference regarding status, and contact with Mr. Finzi. | 0.30 | 204.00 |
| 10/04/13 | G M | Teleconference with Roberto Finzi regarding status; related email correspondence; internal conference with Mr. Zelenko. | 0.40 | 272.00 |
| 10/04/13 | G M | Teleconference with Mr. Rashid regarding status; related internal conference with Mr. Zelenko. | 0.50 | 340.00 |
| 10/07/13 | G M | Teleconference with Ali Rashid regarding ███████ | 0.30 | 204.00 |
| 10/07/13 | G M | Telelconference with Ali Rashid and Dan Zelenko; related internal teleconference with Mr. Zelenko. | 0.80 | 544.00 |
| 10/07/13 | G M | Correspondence with Roberto Finzi. | 0.10 | 68.00 |
| 10/07/13 | G M | Teleconference with Roberto Finzi regarding status. | 0.20 | 136.00 |
| | | **Total Professional Services** | **6.70** | **$4,618.50** |

**Total Due this Invoice**  $4,618.50

**CONFIDENTIAL**  CM-AR-SEC-0000026



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

November 15, 2013

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1444534

Statement of Account

RE: Ali Rashid - Investigation

| | |
|---|---:|
| Professional Services Rendered Through October 31, 2013 | $13,546.00 |
| Other Services and Expenses Incurred for your Account | 0.00 |
| Total Services and Expenses | 13,546.00 |
| Total Due This Invoice | $13,546.00 |

---

Please remit checks to:
Lockbox:
P.O. Box 75509
Baltimore, MD 21275-5509
Taxpayer ID # 52-1150358

To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
Washington, DC 20004



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ■ f202 628-5116

November 15, 2013

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1444534

---

Statement of Account

## Re: Ali Rashid - Investigation

**Professional Services:**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/08/13 | DLZ | Conference with client. | 1.00 | 705.00 |
| 10/08/13 | G M | Teleconference with Mr. Rashid regarding status. | 0.50 | 340.00 |
| 10/09/13 | DLZ | Meeting with client (1.5); correspondence with Paul Weiss (.3). | 1.80 | 1,269.00 |
| 10/09/13 | G M | Teleconference with Ali Rashid regarding status. | 0.20 | 136.00 |
| 10/10/13 | DLZ | Telephone conference with client (.5); correspondence with Paul Weiss (.3). | 0.80 | 564.00 |
| 10/10/13 | G M | Correspondence with Paul Weiss regarding scheduling. | 0.20 | 136.00 |
| 10/11/13 | DLZ | Telephone conference with client. | 0.50 | 352.50 |
| 10/11/13 | G M | Correspondence with Mr. Rashid and Mr. Zelenko ▇▇▇ ▇▇▇▇▇▇ scheduling correspondence with Mssrs. Finzi and Ehrlich. | 0.30 | 204.00 |
| 10/14/13 | DLZ | Telephone conference with Paul Weiss. | 0.40 | 282.00 |

Crowell & Moring LLP ■ www.crowell.com
Washington, DC ■ California ■ New York ■ Anchorage ■ London ■ Brussels

**CONFIDENTIAL**                                                     CM-AR-SEC-0000028

Matter Number: 109529.0000001
Invoice Number: 1444534
Page #: 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/14/13 | G M | Correspondence regarding scheduling of Ali Rashid/Paul Weiss call. | 0.10 | 68.00 |
| 10/14/13 | G M | Teleconference with Paul Weiss regarding Mr. Rashid; related internal correspondence. | 0.80 | 544.00 |
| 10/14/13 | G M | Teleconference with Mr. Rashid; teleconference with Mr. Zelenko. | 0.60 | 408.00 |
| 10/15/13 | G M | Conference call with Mr. Rashid and Mr. Zelenko. | 0.50 | 340.00 |
| 10/15/13 | G M | Teleconference with Mr. Finzi regarding Mr. Rashid. | 0.20 | 136.00 |
| 10/16/13 | G M | Correspondence with Mr. Rashid. | 0.10 | 68.00 |
| 10/18/13 | DLZ | REview of materials from Paul Weiss. | 1.00 | 705.00 |
| 10/18/13 | G M | Teleconference with Mr. Rashid ███████ ███████ internal conference with Mr. Zelenko. | 0.20 | 136.00 |
| 10/18/13 | G M | Email correspondence with Mr. Finzi regarding status. | 0.10 | 68.00 |
| 10/18/13 | G M | Review of ████ (.4); email correspondence with Mr. Finzi (.1); internal conference regarding the same (.4); teleconference with Mr. Rashid regarad same (.5); email correspondence with employment counsel and Mr. Zelenko regarding schedule of conference call (.1). | 1.50 | 1,020.00 |
| 10/18/13 | G M | Additional teleconferences with Ali Rashid, Erem Rashid, and D. Zelenko regarding status. | 1.10 | 748.00 |
| 10/19/13 | G M | Correspondence with R. Finzi at Paul Weiss. | 0.10 | 68.00 |
| 10/20/13 | G M | Teleconference with Ali Rashid; related email and internal correspondence. | 1.00 | 680.00 |
| 10/21/13 | DLZ | Review of client materials. | 0.50 | 352.50 |
| 10/21/13 | G M | Teleconference with Ali Rashid. | 0.30 | 204.00 |
| 10/22/13 | G M | Teleconference with Roberto Finzi regarding status. | 0.30 | 204.00 |
| 10/22/13 | G M | Three teleconferences with Ali Rashid. | 0.30 | 204.00 |
| 10/22/13 | G M | Correspondence with Michael Grenert regarding scheduling. | 0.10 | 68.00 |

**CONFIDENTIAL**    CM-AR-SEC-0000029

Matter Number: 109529.0000001
Invoice Number: 1444534
Page #: 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/23/13 | G M | Teleconference with Roberto Finzi; correspondence with Mr. Rashid and Mr. Zelenko regarding same. | 0.20 | 136.00 |
| 10/23/13 | G M | Meeting with Mr. Rashid and Jeffrey Liddle et al. | 2.00 | 1,360.00 |
| 10/23/13 | G M | Teleconference with Ali Rashid. | 0.20 | 136.00 |
| 10/25/13 | G M | Teleconference with Roberto Finzi regarding status; follow-up correspondence. | 0.20 | 136.00 |
| 10/25/13 | G M | Email correspondence with J. Liddle and M. Grenert regarding status. | 0.20 | 136.00 |
| 10/27/13 | G M | Correspondence regarding status with Mssrs. Rashid and Liddle. | 0.10 | 68.00 |
| 10/28/13 | G M | Review of ███████████████ related email correspondence. | 0.60 | 408.00 |
| 10/30/13 | G M | Teleconference with Mr. Finzi and Mr. Ehrlich regarding scheduling; related email correspondence with Mssrs. Grenert and Liddle and Zelenko. | 0.60 | 408.00 |
| 10/30/13 | G M | Teleconference with Mr. Rashid regarding meeting with Paul Weiss; related email correspondence. | 0.40 | 272.00 |
| 10/31/13 | G M | Teleconference with Mr. Grenert; related internal conference with Mr. Zelenko. | 0.20 | 136.00 |
| 10/31/13 | G M | Correspondence with Mr. Rashid regarding ███████ ██████████ related correspondence with Mssrs. Grenert and Liddle. | 0.50 | 340.00 |

|  |  | **Total Professional Services** | **19.70** | **$13,546.00** |

|  |  | Total Due this Invoice |  | **$13,546.00** |

**CONFIDENTIAL**                                                                 CM-AR-SEC-0000030



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

December 17, 2013

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1447520

---

Statement of Account

RE: Ali Rashid - Investigation

| | |
|---|---:|
| Professional Services Rendered Through November 30, 2013 | $4,790.00 |
| Other Services and Expenses Incurred for your Account | 0.00 |
| Total Services and Expenses | 4,790.00 |
| Total Due This Invoice | $4,790.00 |

---

| Please remit checks to:<br>Lockbox:<br>P.O. Box 75509<br>Baltimore, MD 21275-5509<br>Taxpayer ID # 52-1150358 | To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section. |
|---|---|

To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
          San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
          Washington, DC 20004

---

**CONFIDENTIAL**

CM-AR-SEC-0000031



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

December 17, 2013

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1447520

Statement of Account

Re: Ali Rashid - Investigation

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/04/13 | G M | Email correspondence with Mr. Rashid, Mr. Grenert, et al. | 0.20 | 136.00 |
| 11/05/13 | G M | Email correspondence with Mr. Rashid; email correspondence with R. Finzi; email correspondence with M. Grenert et al. | 0.30 | 204.00 |
| 11/05/13 | G M | Additional email correspondence with Mssrs. Ali and Grenert; internal email correspondence with Mr. Zelenko; email correspondence and teleconference with Roberto Finzi. | 0.30 | 204.00 |
| 11/06/13 | G M | Teleconference with Mr. Finzi regarding status; internal conference related to same. | 0.30 | 204.00 |
| 11/06/13 | G M | Correspondence with Mr. Rashid regarding ██████████ ██████ | 0.10 | 68.00 |
| 11/07/13 | G M | Email correspondence with Mssrs. Gentert and Rashid; email correspondence with Mr. Finzi; review of produced documents. | 0.40 | 272.00 |

Crowell & Moring LLP ▪ www.crowell.com
Washington, DC ▪ California ▪ New York ▪ Anchorage ▪ London ▪ Brussels

Matter Number: 109529.0000001
Invoice Number: 1447520
Page #: 3

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/08/13 | G M | Email correspondence regarding meeting with Mssrs. Grenert, Finzi and Rashid; teleconference with Mr. Finzi regarding status; teleconference with Mssrs. Grenert and Rashid regarding meeting. | 0.70 | 476.00 |
| 11/08/13 | G M | Meeting with Mr. Rashid and employment counsel and Paul Weiss/Apollo. | 2.20 | 1,496.00 |
| 11/11/13 | DLZ | Correspondence with client and Liddle Robinson. | 0.30 | 211.50 |
| 11/11/13 | G M | Internal correspondence regarding employment agreement and follow-up meeting; review of agreement and reference letter draft. | 0.30 | 204.00 |
| 11/13/13 | G M | Review of employment documents and reference language (.2); review of redlined copies (.2); email correspondence with Mr. Rashid (.1). | 0.50 | 340.00 |
| 11/15/13 | DLZ | Telephone conference with client and Paul Weiss. | 0.40 | 282.00 |
| 11/15/13 | G M | Teleconference with Mr. Grenert regarding status; follow-up teleconference with Mr. Rashid. | 0.30 | 204.00 |
| 11/21/13 | G M | Review of correspondence regarding employment agreement. | 0.20 | 136.00 |
| 11/27/13 | DLZ | Telephone conference with client and M. Hiltzik. | 0.50 | 352.50 |

**Total Professional Services**  **7.00**  **$4,790.00**

**Total Due this Invoice**  **$4,790.00**



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ■ f202 628-5116

January 15, 2014

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1449682

Statement of Account

RE: Ali Rashid - Investigation

| | |
|---|---:|
| Professional Services Rendered Through December 31, 2013 | $423.00 |
| Other Services and Expenses Incurred for your Account | 0.00 |
| Total Services and Expenses | 423.00 |
| Total Due This Invoice | $423.00 |

Please remit checks to:
Lockbox:
P.O. Box 75509
Baltimore, MD 21275-5509
Taxpayer ID # 52-1150358

To remit by Wire transfer or ACH please use the instructions below and include our invoice/debit number in the REFERENCE section.

WIRE payments:
Account No. 2000026603531
Wire Routing Transit no: 121000248
Bank Name: Wells Fargo Bank, N.A.
Address: 420 Montgomery
            San Francisco, CA 94104
SWIFT Code: WFBIUS6S

ACH Payments:
Account No: 2000026603531
ACH Routing Transit No: 054001220
Bank Name: Wells Fargo Bank, N.A.
Address: 801 Pennsylvania Ave. N.W. #6
            Washington, DC 20004

REMITTANCE



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595
p202 624-2500 ▪ f202 628-5116

January 15, 2014

Rashid, Ali
240 Park Avenue South
Apartment 14A
New York, NY 10003-1415

Matter: 109529.0000001
Invoice Number: 1449682

---

Statement of Account

Re: Ali Rashid - Investigation

**Professional Services:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/02/13 | DLZ | Correspondence with client. | 0.20 | 141.00 |
| 12/04/13 | DLZ | Review of Hiltzik retention letter and correspondence with client. | 0.40 | 282.00 |
| | | **Total Professional Services** | **0.60** | **$423.00** |

**Total Due this Invoice** | | | | $423.00

Crowell & Moring LLP ▪ www.crowell.com
Washington, DC ▪ California ▪ New York ▪ Anchorage ▪ London ▪ Brussels

CONFIDENTIAL