UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                17-cv-8223 (PKC)

  -against-                      OPINION AND ORDER

MOHAMMED ALI RASHID,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

In view of the agreement of the parties to waive a jury (Doc 91), the Court modifies the Order of May 2, 2019 (Doc 90) to vacate the first and second paragraph and ORDERS as follows:

1. Plaintiff's direct testimony by affidavit of all witnesses within its control shall be filed, together with a trial brief, by July 22, 2018. The trial brief shall set forth the precise nature and amount of any fine, penalty, disgorgement, injunctive or other relief proposed by plaintiff in the event it prevails.

2. Defendant's direct testimony by affidavit of all witnesses within its control shall be filed, together with a trial brief by August 9, 2019, together with a response to plaintiff's proposed relief in the event it prevails.

3. Direct testimony by affidavit of any proposed rebuttal witness shall be filed by plaintiff by August 16, 2019.

4. The Court directs counsel to meet face to face for at least one hour to discuss proposed stipulations of fact. A joint pretrial order containing the parties' stipulation of facts (and all other requirements set forth in the Court's Individual Practices) shall be submitted to the Court by August 30, 2019.

5. Submissions 1 through 4 above shall be filed on ECF, with two hard copies delivered to Chambers, as well as a version of the text of the submission on a DVD in MS Word format (excluding exhibits which may be in pdf).

6. The Final Pretrial Conference remains scheduled for September 6, 2019 at 11:00 a.m.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 17, 2019