UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOHAMMED ALI RASHID,<br><br>　　　　　　　Defendant. | No. 17-cv-8223 (PKC) |

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### NOTICE OF FILING DIRECT TESTIMONY DECLARATIONS

　　　　Plaintiff Securities and Exchange Commission hereby provides notice of filing declarations of witnesses whose direct testimony will be offered by declaration pursuant to the Court's May 17, 2019 Order [Doc. 92].  Exhibit 1 attached hereto is an index of those declarations listing the declarations in alphabetical order.  The undersigned will also provide hard copies of the declarations to Chambers in accordance with the Individual Practices of the Honorable P. Kevin Castel.  The declarations themselves follow this filing as subsequent exhibits.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Of Counsel:　　　　　　　　　　　　　　　　/s/ James M. Carlson
Corey A. Schuster　　　　　　　　　　　　　Duane K. Thompson
Donna K. Norman　　　　　　　　　　　　　James M. Carlson
Securities and Exchange Commission　　　　Securities and Exchange Commission
100 F Street NE　　　　　　　　　　　　　　100 F Street NE
Washington, D.C. 20549　　　　　　　　　　Washington, D.C. 20549

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

Dated:  July 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the CM/ECF system – or by other methods if so noted – on July 22, 2019 upon all counsel listed below:

Gregory W. Kehoe
David Friedman
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
Kehoe@gtlaw.com
FriedmanD@gtlaw.com

Theresa M.B. Van Vliet
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Ste. 1110
Ft. Lauderdale, FL 33301
(954) 453-8000

*Attorneys for Defendant*

/s/ James M. Carlson
James M. Carlson