# EXHIBIT 1 – Index of SEC's Direct Testimony Declarations[1]

| Declarant's Name | Exhibit Number |
|---|---|
| Attwood, Stephen | 2 |
| Becker, Marc | 3 |
| Bitting, Mark | 4 |
| Casey, Donald | 5 |
| Cohan, Robin | 6 |
| Cooney, Michael | 7 |
| Crossen, James | 8 |
| Donnelly, Eugene | 9 |
| Dunayer, Seth | 10 |
| Ehrlich, Andrew | 11 |
| Enzor, Gary | 12 |
| Ernst, Melissa | 13 |
| Feehan, Barbara | 14 |
| Finzi, Roberto | 15 |
| Goncalves, Lourenco | 16 |
| Gorman, M. Ryan | 17 |
| Gray, Hugh | 18 |
| Hoffman, Matthew | 19 |
| Hull, Anthony E. | 20 |
| Kelleher, Kevin | 21 |
| Kelly, Martin | 22 |
| Koci, Keith | 23 |
| Krohn, Roger | 24 |
| La Mons, Nicole | 25 |
| Lent, Peter | 26 |
| Lynch, Clinton D. | 27 |

---

[1] Documents referenced as exhibits or attachments to these declarations are included in the SEC's Appendix of Exhibits, which is concurrently filed.

| **Declarant's Name** | **Exhibit Number** |
| --- | --- |
| Margelowsky, Lorrel | 28 |
| Marshall, Mickey | 29 |
| Martens, David | 30 |
| McPherson, Robert | 31 |
| Michel, Cindy | 32 |
| Newman, Barry | 33 |
| Perriello, III, Alexander E. | 34 |
| Pierce, Kevin | 35 |
| Smith, Richard A. | 36 |
| Smith, William A. | 37 |
| Stewart, Joseph | 38 |
| Strutz, Randall | 39 |
| Swift, Alicia | 40 |
| Troy, Joseph | 41 |
| Truwit, Seth | 42 |
| Urban, James C. | 43 |
| Wasser, Marilyn J. | 44 |
| Weinrich, Robert | 45 |
| Wilson, John | 46 |
| Zipf, Bruce | 47 |