**VOLUME III -- Exhibit 1 – Index of Exhibits Listed in SEC's Trial Brief, Omnibus Motion *in Limine*, *Daubert* as to Ronald Quintero, and Direct Testimony Declarations**

| ECF Ex. No. to Doc. 104 | PX No. | Description |
|---|---|---|
| 2. | PX 139 | Expense Report Accounting Distributions |
| 3. | PX 140 | Employee Expense Receipt Form |
| 4. | PX 141 | Apollo - My Wallet Receipt List |
| 5. | PX 142 | Email From Ali Rashid To Nicole La Mons Re Taking Cab To Office For Expense Records - Realogy Is Charge |
| 6. | PX 150 | Apollo Investment Fund III, L.P. Amended And Restated Agreement Of Limited Partnership |
| 7. | PX 152 | Apollo Investment Fund VI L.P. Amended And Restated Agreement Of Limited Partnership |
| 8. | PX 154 | Apollo Investment Fund VII, L.P. Amended And Restated Agreement Of Limited Partnership |
| 9. | PX 155 | Apollo Natural Resources Partners, L.P. Fifth Amended And Restated Agreement of Limited Partnership |
| 10. | PX 156 | Defendant Mohammed Ali Rashid's Responses And Objections To Plaintiff Securities And Exchange Commission's First Set Of Requests For Admission |
| 11. | PX 161 | Defendant Mohammed Ali Rashid's Responses And Objections To Plaintiff First Set Of Documents Requests |