-1-

**VOLUME V Exhibit 1 – Index of Exhibits Listed in SEC's Trial Brief, Omnibus Motion *in Limine*, *Daubert* as to Ronald Quintero, and Direct Testimony Declarations**

| ECF Ex. No. to Doc. 106 | PX No. | Description |
|---|---|---|
| 2. | PX 190 | Crossen Summary Fund Credits For Rashid's Charges, Apollo 42149-42218 |
| 3. | PX 191 | Crossen Backup Documentation For Fund Billings |
| 4. | PX 192 | Attachment A-C to Attwood Declaration (Personal Receipts) |
| 5. | PX 192A | Attachment A to Tony Hull Declaration (Apollo Invoice To Realogy $125k) |
| 6. | PX 194 | Attachments A-M to Enzor Declaration (Receipts) |
| 7. | PX 196 | Attachments A-C to John Wilson's Declaration (Diligence Questionnaire) |