UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,                    17-cv-8223 (PKC)

   -against-                                  ORDER

MOHAMMED ALI RASHID,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The schedule for final pretrial submissions and a final pretrial conference set forth in the Order of May 17, 2019 is modified as follows:

1. Defendant's direct testimony by affidavit of all witnesses within its control shall be filed, together with a trial brief by August 23, 2019, together with a response to plaintiff's proposed relief in the event it prevails.

2. Direct testimony by affidavit of any proposed rebuttal witness shall be filed by plaintiff by August 30, 2019.

3. The Court directs counsel to meet face to face for at least one hour to discuss proposed stipulations of fact. A joint pretrial order containing the parties' stipulation of facts (and all other requirements set forth in the Court's Individual Practices) shall be submitted to the Court by September 13, 2019.

4. The Final Pretrial Conference is adjourned from September 6, 2019 to October 11, 2019 at 3:00 p.m.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
August 5, 2019