UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,           :      No. 17-cv-8223 (PKC)

                                  :      **INDEX OF**

        -v-                   :      **<u>DECLARATIONS</u>**

MOHAMMED ALI RASHID,

                    Defendant.   :

----------------------------------------------------------------- X

| | |
|---|---|
| 1. | Declaration of Thomas Christopoul |
| 2. | Declaration of Jason A. Haim |
| 3. | Declaration of Pamela Liebman |
| 4. | Declaration of Paraag Marathe |
| 5. | Declaration of Denis O'Connor |
| 6. | Declaration of Gregory D. Prata |
| 7. | Declaration of Ronald G. Quintero |
| 8. | Declaration of Mohammed Ali Rashid |