

**Expense Report Accounting Distributions**

4/20/2016
11:05:17 AM

Employee: **Rashid,Mohammed**                    AMEX Monthly Allocation                                                    Report:        **0000004261**

| Date | Expense Type | Merchant | Amount | Currency | Department | | Investment | | Legal Entity | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/2010 | Hotel & Lodging | HOTEL RITZ MADRID<br>**Description:** Hotel in Madrid for Metals meetings | 324.09 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| 08/27/2010 | Taxi & Limousine | CAREY CORP<br>**Description:** Car service in Madrid for Metals meetings | 132.03 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| 08/27/2010 | Airfare | CONTINENTAL AIRLINES<br>**Description:** Flight from NY to Quebec for QDI meetings | 20.00 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/27/2010 | Airfare | CONTINENTAL AIRLINES<br>**Description:** Flight from NY to Quebec for QDI meetings | 2,334.66 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/27/2010 | Travel Agency Fees | TRAVEL AGENCY SERVICE FEE<br>**Description:** | 50.00 | USD | 30000 | Private Equity | | | 0053 | Apollo Mgmt Ho dings, LP |
| 08/28/2010 | Taxi & Limousine | ARTHUR CAB LEASING CORP A<br>**Description:** Taxi to office on weekend | 17.10 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/28/2010 | Meals - Clients | REST ST AMOUR INC<br>**Description:** Dinner with Gary Enzor, CEO of QDI to discuss acquisitions | 173.75 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/29/2010 | Meals - Clients | LAFAYETTE ST PARTNERS LLC<br>**Description:** Dinner with Matthew Stopnik of UBS to discuss financing for Boart | 76.00 | USD | 30000 | Private Equity | 30056 | Boart Longyear | 0053 | Apollo Mgmt Ho dings, LP |
| 08/30/2010 | Taxi & Limousine | EXECUTIVE OWNERS HOLDING<br>**Description:** Taxi home - working late | 9.60 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/30/2010 | Hotel & Lodging | LEGACY LT INC<br>**Description:** Hotel in Quebec for QDI meetings | 564.59 | USD | 30000 | Private Equity | 13901 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| 08/31/2010 | Airfare | AMERICAN AIRLINES INC<br>**Description:** Flight from NY to LA for Metals USA meetings | 5,553.40 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| 08/31/2010 | Travel Agency Fees | TRAVEL AGENCY SERVICE FEE<br>**Description:** | 50.00 | USD | 30000 | Private Equity | | | 0053 | Apollo Mgmt Ho dings, LP |
| 08/31/2010 | Travel Agency Fees | TRAVEL AGENCY SERVICE FEE<br>**Description:** | 2.00 | USD | 30000 | Private Equity | | | 0053 | Apollo Mgmt Ho dings, LP |

Page 2 of 4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

APOLLO 00041028



**Expense Report Accounting Distributions**

4/20/2016
11:05:17 AM

Employee:  **Rashid,Mohammed**                    AMEX Monthly Allocation                                                   Report:       **0000004261**

| Date | Expense Type | Merchant | | Amount | Currency | Department | | Investment | | Legal Entity | |
|------|-------------|----------|---|--------|----------|-----------|---|-----------|---|-------------|---|
| 05/02/2010 | Telephone | AIR CELL INC | | 39.95 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Phone while traveling for Metals | | | | | | | | |
| 05/09/2010 | Research Services | BARNES & NOBLE INC | | 42.51 | USD | 30000 | Private Equity | 13501 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Research books for QDI | | | | | | | | |
| 05/09/2010 | Personal Expense - US | LONDONER AT THE BEACH | | 80.00 | USD | 30000 | Private Equity | PERS | Personal | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | | | | | | | | | |
| 05/10/2010 | Conferences and Seminars | THE LONDON METAL EXCHANGE l | | 279.66 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Registration fee for Metals conference in London | | | | | | | | |
| 05/11/2010 | Miscellaneous Expense | CAL DFL | | 433.51 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | New shoes that were ruined on a trip for Metals USA | | | | | | | | |
| 05/13/2010 | Telephone | AT&T MOBILITY LLC | | 201.53 | USD | 30000 | Private Equity | 19127 | Private Equity Inv | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Cell phone | | | | | | | | |
| 05/13/2010 | Office Supplies | BEACH TRADING CO INC | | 500.68 | USD | 30000 | Private Equity | 13501 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Printer supplies and toner | | | | | | | | |
| 05/14/2010 | Meals - Employees | STARBUCKS CORPORATION | | 24.00 | USD | 30000 | Private Equity | 13601 | Realogy | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Snack while working late | | | | | | | | |
| 05/14/2010 | Miscellaneous Expense | US CUSTOMS & BORDER PROTE | | 100.00 | USD | 30000 | Private Equity | 19127 | Private Equity Inv | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Processing fee for Global Entry program | | | | | | | | |
| 05/14/2010 | Airfare | VIRGIN AMERICA INC | | 160.10 | USD | 30000 | Private Equity | 13501 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Flight from JFK to Las Vegas for QDI meeting | | | | | | | | |
| 05/15/2010 | Taxi & Limousine | CREATIVE MOBILE TECHNOLOG | | 13.45 | USD | 30000 | Private Equity | 13601 | Realogy | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Taxi home - working late | | | | | | | | |
| 05/16/2010 | Blackberry | QUIKSY INC | | -66.98 | USD | 30000 | Private Equity | 13501 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Credit for blackberry charger | | | | | | | | |
| 05/17/2010 | Meals - Clients | RUBYS UNITED LLC | | 80.43 | USD | 30000 | Private Equity | 13501 | Quality Distribution, Inc | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** | Drinks with John Minhekari, Joel Tillinghast and Bob Bertelson of Fidelity to discuss QDI financing | | | | | | | | |

Page 3 of 4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                                                                                    APOLLO 00041029



**Expense Report Accounting Distributions**

4/20/2016
11:05:17 AM

Employee: **Rashid,Mohammed**                                          AMEX Monthly Allocation                                          Report:          **0000004261**

| Date | Expense Type | Merchant | | Amount | Currency | Department | | Investment | | Legal Entity | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/2010 | Meals - Clients | T BONE RESTAURANT LLC | | 188.09 | USD | 30000 | Private Equity | 12700 Metals USA | | 0053 | Apollo Mgmt Ho ldings, LP |
| | | **Description:** | Dinner with Matthew Strapnik of UBS to discuss Metals financing | | | | | | | | |
| 09/19/2010 | Meals - Clients | CHELSEA HOSP PARTNERS LLC | | 535.63 | USD | 30000 | Private Equity | 13500 Quality Distribution, Inc | | 0053 | Apollo Mgmt Ho ldings, LP |
| | | **Description:** | Dinner with John Mindikari, Joel Telingwunt and Bob Bertolson of Fidelity to discuss QDI financing | | | | | | | | |
| 09/20/2010 | Taxi & Limousine | SURJIT SINGH | | 12.25 | USD | 30000 | Private Equity | 13600 Realogy | | 0053 | Apollo Mgmt Ho ldings, LP |
| | | **Description:** | Taxi home - working late | | | | | | | | |
| 09/22/2010 | Fax | EFAXCOM | | 16.95 | USD | 30000 | Private Equity | 13600 Realogy | | 0053 | Apollo Mgmt Ho ldings, LP |
| | | **Description:** | Fax service | | | | | | | | |

Total :       18,905.42     USD

Page 4 of 4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

APOLLO 00041030



# Apollo Global Management LLC
## Travel & Expense
## Reimbursement Policy

## January 2009

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

# Introduction

**Overview**

Ethics, integrity, and economy are the cornerstone of success for all professional service companies and these qualities are now more closely scrutinized than ever before by regulators, the business community, and the general public. Employees and partners of AGM ("Apollo" or "the Company") have a responsibility to know, understand and strictly adhere to the Company's Travel & Expense policy for acceptable travel, business entertainment and gift-giving, and other reimbursable business expenses.

**General Policy**

Apollo will reimburse all Employees for necessary and reasonable business and travel expenses incurred in the performance of their duties.  Expenditures should be made with the business interests of the Company foremost and in full compliance with the policy outlined below.  Any exceptions to this policy require the approval of your department manager/supervisor (which is summarized in Exhibit A).

The purpose of the policy is to:

- Inform all Employees of the Company's policy and procedures pertaining to travel and entertainment related business expenditures.

- Describe the types of expenditures that are and are not reimbursable by the Company.

- Inform all Employees and their supervisors of their responsibilities to control and report travel, entertainment and related business expenditures.

This policy should guide the actions of all Apollo employees and its affiliates globally, as well as any and all consultants, operating partners or others who are entitled to expense reimbursement by the firm.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                                                        APOLLO 00004579

Exhibit F

## 1.  Expense Reporting Guidance

### Substantiation of Travel and Business Expenses

All Employees are required to document and substantiate the following information on their respective employee expense report:

- Amount of the expense
- Date and place incurred
- Names and titles of others attending (e.g., John Smith, CEO Business Companies).  See Exhibit B for further requirements.
- Business purpose of the expense (e.g., discussion of year-end market performance).  "Lunch/dinner meeting" or "business meeting" are examples of unacceptable business purposes.

When an expenditure is unusual in type or amount or requires an approval, an explanation or evidence of approval should be included with the expense report.  For a list of non-reimbursable items, please refer to Exhibit C.

**Note that in the US all receipts over $25 <u>must</u> be attached to the expense report.**

**In Europe, ALL receipts need to be attached to the expense report for VAT purposes.**

If a receipt is not available, an affidavit  for expenses must be filled out and attached to the expense report.  A copy of the expense affidavit can be found on the last page of this manual.

4

Exhibit F

## 2. Travel Guidance

### General Information

All business related, reimbursable airline, rail, and car travel must be arranged through our designated travel agents in the U.S. or other designated travel agency branches outside the U.S.

### Designated Travel Agencies

The following approved travel agencies will assist with all of your business travel needs including air and rail travel, hotel accommodations, car rentals, and visa/ passport information and processing:

| Employee Location | Travel Agency | Telephone number |
|---|---|---|
| NY / LA | Altour | 212-897-5100 |
| NY / LA | Altour (After Hours) | 800-996-3239 |
| NY / LA | Ovation Travel | 877-676-9442 (Ext. 9) |
| NY / LA | Ovation Travel (After Hours) | 800-476-4922 (Access Code F6V0) |
| LA | Worldview Travel Beverly Hills | 310-286-0301 |
| LA | Worldview Travel Beverly Hills (After Hours) | 800-741-4047 (branch: 2LZB) |
| London | Altour International | +44 (20) 7832 3300 |
| London | Altour International (After Hours) | +44 (1730) 711 017 |
| Other | Ovation International | 212-586-0749 |

### Payment Method

All firm related business travel arrangements must be charged to your company provided American Express credit card.  If you have not been issued a company provided American Express card, you should settle the charges with your personal credit card and complete an expense report for reimbursement.

### Obtaining Travel Documents

The use of electronic tickets (e-tickets) is mandatory whenever available as the cost to the firm of issuing a paper ticket is higher than an e-ticket.  E-tickets are available on most flights.

### Travel Agency Fees (applies to U.S. based employees only)

For employees in the U.S., our travel agency charges your company American Express credit card with fees depending upon the services given.  A base travel service fee of $45.00 is charged whenever an airline or Amtrak ticket is issued (including when a new ticket is being exchanged for an old one).  The fee is NOT refundable and also applies for tickets that may be subsequently refunded if you cancel or change your itinerary.  Therefore, to avoid unnecessary fees please do not request issuance of the ticket until you are certain the trip will be made.

There is no fee for business-related hotel and car rental reservations.

### Air and Rail Travel

All employees must book their travel through an authorized travel agency to ensure reimbursement.  Failure to comply with company policy, whether in booking procedure, class of service or recommended vendor will result in a reduced reimbursement to employees.  All boarding passes and air travel invoices should be attached to expense reports.

The highest category of rail fare the company will reimburse is Business Class.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                    APOLLO 00004582

## Lodging

All requests for hotel accommodations must be made through our authorized travel agencies.  Do not make a reservation directly with a hotel or through a non-Apollo approved agency or website as doing so may result in a reduced reimbursement.  Meeting and conference attendance sometimes requires using a hotel in an area where the firm does not have an agreement.  Should there be no spending guidelines for that area, the employee should use reasonable business judgment when booking a hotel. The conference agenda must accompany your expense report. The firm will reimburse employees up to a maximum price per night as summarized below, although employees are always encouraged to choose the most cost effective option available.

| Location | Maximum Room Rate |
|----------|-------------------|
| NY/LA | $400 per night |
| London | £300 per night |
| All Others | $300 per night (or its currency equivalent) |

**In certain areas at certain "high season" points during the year, a hotel room may not be available below the limits set forth above.  In those select cases, the firm will reimburse an employee exercising reasonable business judgment above the limits set forth above with the pre-approval of a manager.**

## Canceling /Changing Reservations

All hotel accommodations will be automatically charged to your American Express credit card, therefore you are obligated to promptly cancel hotel rooms that you will no longer need. Reservations not cancelled by the time specified by your travel agent will not be reimbursed unless there is a business justified basis due to a last minute cancellation outside of your control. When making changes or cancellations, call the travel agency that originally made the reservation.  If you cannot reach the agency, call the hotel directly and record:

- The cancellation number
- The name of the individual who accepted the cancellation
- The date and time

Note:  You must attach your hotel/folio bill to your expense report in order to be reimbursed.

## Car Rentals

All requests for car rental reservations must be made through our authorized travel agencies as failure to do so may result in a reduced reimbursement.  A mid-size car is the largest rental type that will be reimbursed (full-size when four or more people are occupying the car).  Payment of car rentals should be charged to your American Express credit card.  Car rental invoices, like other receipts, must be attached to expense reports.

## Spouse or Domestic Partner Travel while accompanying an Employee to a Business Meeting

In some instances it may be customary and appropriate that a spouse or domestic partner also attend a Company or Professional Society/Business Organization's meeting.  When spouses or domestic partners are invited and/or expected to attend the programs, the cost of attendance of a spouse or domestic partner is reimbursable if pre-approved by the appropriate supervisor.  If such reimbursements are treated as taxable income salaries will be grossed up for taxes.

## Gratuities

Gratuities paid while out of town on business are reimbursed based on reasonable actual amounts expended.  Gratuities are normally identified separately when paid to bellmen or airport porters.  Gratuities for meals and taxis are normally included in the expenses for these categories.

7

Exhibit F

Message
_____

**From**:     Patrick McGinnis [pjmcginnis@gmail.com]
**Sent**:     8/12/2010 7:06:26 PM
**To**:       Ali Rashid [rashid@apollolp.com]
**Subject**:  Re: St Tropez Hotels


I like them both.  The puro seems more like its a quote un quote scene with
dj's, party every night, etc, while the other one seems more like it's more
relax. From what I read on tripadvisor, it is better to book the ecosuite
and I would be willing to spring for it.    Just depends on what we're
looking for.


On 8/13/10 1:04 AM, "Ali Rashid" <rashid@apollolp.com> wrote:

> Figure out which one you prefer?  Then we can finalize tomorrow.
>
> ----- Original Message -----
> From: Patrick McGinnis <pjmcginnis@gmail.com>
> To: Ali Rashid
> Sent: Thu Aug 12 19:03:11 2010
Subject: Re: St Tropez Hotels
>
> I'm home...you can call me.  This looks great.
>
>
> On 8/12/10 8:59 PM, "Ali Rashid" <rashid@apollolp.com> wrote:
>
>> So does maricel.
>>
>> ----- Original Message -----
>> From: Patrick McGinnis <pjmcginnis@gmail.com>
>> To: Ali Rashid
>> Sent: Thu Aug 12 14:55:33 2010
> Subject: Re: St Tropez Hotels
>>
>> Puro looks like a great scene.
>>
>> Sent from my iPhone
>>
>> On Aug 12, 2010, at 18:52, Ali Rashid <rashid@ApolloLP.com> wrote:
>>
>>>
>>>
>>> _____
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Thursday, August 12, 2010 12:52 PM
>>> To: Ali Rashid
>>> Subject: Fw: St Tropez Hotels
>>>
>>>
>>> _____
>>> From: Kelly Grumbach <kelly@quintessentiallytravel.com>
>>> To: Rashid, Erem
>>> Sent: Thu Aug 12 12:38:26 2010
>>> Subject: RE: St Tropez Hotels
>>> Hi Erem,
>>>
>>> If you want to party, you want to be in Mallorca since Formentera is much
>>> more relaxed, quiet and chill. In Mallorca, I would recommend the following
>>> properties but they are mostly sold out.
>>>
>>> Hospes Maricel
>>> http://www.hospes.com/en/hotel-mallorca-maricel/
>>> Aug 20-22:
>>> Eco-Suite — 575 EUR per room per night
>>>
>>>
>>>

APOLLO00058456

Exhibit F

```
>>> Breathtaking suites with a large living room facing the sea decorated with
>>> Mediterranean colors that blend with the modern furniture and contemporary
>>> design of wood and leather where comfort is the most important asset. All
>>> rooms feature spacious bathrooms with separate showers and natural light.
>>>
>>> *   55 sqm
>>> *   Living Room
>>> *   Queen size bed (2x2 m) with exclusive mattresses and Egyptian cotton bed
>>> linen
>>> *   Turndown service
>>> *   High-speed Internet access in all areas of the hotel
>>> *   Free Access to the outdoor pool and Bodyna Spa
>>> *   Plasma screen TV-DVD player
>>>
>>> Eco-Deluxe – 495 EUR per room per night
>>>
>>> All of these double rooms have sea views and Mediterranean-inspired décor
>>> with native stone walls and wooden floors with original contemporary art
>>> where sustainable comfort is the most important aspect. All rooms have
>>> access
>>> to a private terrace, a Zen swimming pool, a bathroom and a shower.
>>>
>>> *   50sqm
>>> *   Private Zen pool
>>> *   Private terrace
>>> *   Double bed size with exclusive mattresses and Egyptian cotton bed linen
>>> *   Turndown service
>>> *   High-speed Internet access in all areas of the hotel
>>> *   Free Access to the outdoor pool
>>> *   40¨ Plasma screen TV-DVD playe
>>>
>>>
>>>
>>> Puro Hotel
>>> http://www.purohotel.com/en/home.html
>>> Aug 20-23: (Minimum stay of three nights)
>>> Double Standard Room: 235 EUR per room per night
>>>
>>> August 19-21: (No minimum)
>>> Double Superior Room: 255 EUR per room per night
>>> Junior Suite: 285 EUR per room per night
>>>
>>> L'Avanida Hotel
>>> http://www.avenida-hotel.com/en/cms.php
>>> Aug 20-22: Sold Out
>>>
>>> Cap Rocat:
>>> http://caprocat.com/new/home_en.html
>>> Aug 20-22: Sold Out
>>>
>>> Thank you,
>>> Kelly
>>>
>>> KELLY GRUMBACH
>>> Head of Travel – North America
>>> Quintessentially Travel
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> Main: +1 (212) 206-6633
>>> Fax: +1 (212) 206-6972
>>> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>>>
>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>>>
>>>
>>>
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Thursday, August 12, 2010 12:00 PM
>>> To: Kelly Grumbach
>>> Subject: RE: St Tropez Hotels
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

APOLLO00058457

```
>>>
>>> Another question for you — so if I wanted to go to Majorca or Formentera,
>>> are
>>> there hotels there you could recommend?
>>>
>>> _____
>>> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
>>> Sent: Wednesday, August 11, 2010 9:23 AM
>>> To: Rashid, Erem
>>> Subject: RE: St Tropez Hotels
>>>
>>> Hi Erem,
>>>
>>> The three you listed are the coolest hotels (and therefore the most booked
>>> and expensive). Hotel Byblos and Le Messardiere are completely sold out for
>>> your dates, but Hotel Sezz does have availability.
>>>
>>> From August 20th 2010 to August 22nd 2010 (2 nights)
>>>
>>> Type of room:                    Daily rate (taxes and service included):
>>> Cocoon 40m2                      750 € Only 1 Double Bed
>>> Suite 80m2                        1800 € where you can add a extra bed
>>>
>>> I know this is over the budget you had initially intended, but as I
>>> mentioned, August is peak season in St. Tropez, and most of these hotels
>>> have
>>> been booked up for months. I can try to find another hotel that costs a
>>> little less, but it will be much father out of town and where all the action
>>> is.
>>>
>>> Please let me know how you would like to continue.
>>>
>>> Best Wishes,
>>> Kelly
>>>
>>> KELLY GRUMBACH
>>> Head of Travel - North America
>>> Quintessentially Travel
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> Main: +1 (212) 206-6633
>>> Fax: +1 (212) 206-6972
>>> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>>>
>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>>>
>>>
>>>
>>>
>>>
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Tuesday, August 10, 2010 5:02 PM
>>> To: Kelly Grumbach
>>> Subject: RE: St Tropez Hotels
>>>
>>> Kelly thanks so much for all your help.  If you can think of any other
>>> hotels
>>> that would be fun and cool to stay at, please feel free to recommend.
>>> Thanks!
>>>
>>> _____
>>> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
>>> Sent: Tuesday, August 10, 2010 4:44 PM
>>> To: Rashid, Erem; Carter Mann
>>> Subject: RE: St Tropez Hotels
>>>
>>> Hi Erem,
>>>
>>> I would be happy to look into rates for you. August is still high season, so
>>> availability might be limited. However, I will be in touch tomorrow with
>>> exact rates and availability for you at the three hotels you mentioned.
```

```
>>>
>>> Kind Regards,
>>>
>>> Kelly
>>>
>>> KELLY GRUMBACH
>>> Head of Travel - North America
>>> Quintessentially Travel
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> Main: +1 (212) 206-6633
>>> Fax: +1 (212) 206-6972
>>> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>>>
>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>>>
>>>
>>>
>>>
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Tuesday, August 10, 2010 3:33 PM
>>> To: Carter Mann
>>> Cc: Kelly Grumbach
>>> Subject: RE: St Tropez Hotels
>>>
>>> Thanks Carter and hi Kelly!
>>>
>>> (1)      looking for regular room (standard) with two double beds if possible
>>> (2)      view would be nice but not necessary since we will not be in the
>>> room
>>> much
>>> (3)      need 1 room for now
>>> (4)      willing to spend up to approx $700-750/night (works out to roughly
>>> 550-575 Euros)
>>>
>>> _____
>>> From: Carter Mann [mailto:Carter@quintessentially.com]
>>> Sent: Tuesday, August 10, 2010 3:30 PM
>>> To: Rashid, Erem
>>> Cc: Kelly Grumbach
>>> Subject: RE: St Tropez Hotels
>>>
>>> Hey Erem,
>>>
>>> I can continue to help you with restaurants and clubs but I am going to pass
>>> your hotel request over to our Head of Travel, Kelly Grumbach. She can work
>>> with you directly on this and is cc-ed above.
>>>
>>> To help her better help you, can you answer the following questions:
>>> -        What kind of room are you looking for, a normal room or more of a
>>> suite?
>>> -        Would you like a view?
>>> -        How many rooms do you need? I know you said your brother was
>>> going
>>> too so I wanted to check if you guys needed one or two rooms
>>> -        What is your room budget for this trip, either per night or
>>> total?
>>>
>>> Thanks!
>>>
>>> CARTER MANN
>>> Dedicated Account Manager, New York
>>> Quintessentially
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> New York Office: +1 (212) 206-6633
>>> DL: +1 (646) 607-5731
>>> F:   +1 (212) 206-6972
>>> W: www.quintessentially.com<http://www.quintessentially.com/>
>>>
```

>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com>
>>>
>>> P Please consider the environment before printing this email
>>> _____
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Tuesday, August 10, 2010 3:19 PM
>>> To: Carter Mann
>>> Subject: RE: St Tropez Hotels
>>>
>>> That is fantastic!  Ok, so would you check for me if you can rooms are
>>> available and rates at the following hotels:
>>>
>>> (1)        Hotel Byblos
>>> (2)        Hotel Sezz
>>> (3)        Le Messardiere
>>>
>>> Dates we will be there are 8/20 and 8/21.  Thanks!
>>>
>>> _____
>>> From: Carter Mann [mailto:Carter@quintessentially.com]
>>> Sent: Tuesday, August 10, 2010 3:13 PM
>>> To: Rashid, Erem
>>> Subject: RE: St Tropez Hotels
>>>
>>> Yup!
>>>
>>> CARTER MANN
>>> Dedicated Account Manager, New York
>>> Quintessentially
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> New York Office: +1 (212) 206-6633
>>> DL: +1 (646) 607-5731
>>> F:   +1 (212) 206-6972
>>> W: www.quintessentially.com<http://www.quintessentially.com/>
>>>
>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com>
>>>
>>> P Please consider the environment before printing this email
>>> _____
>>> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
>>> Sent: Tuesday, August 10, 2010 3:12 PM
>>> To: Carter Mann
>>> Subject: RE: St Tropez Hotels
>>>
>>> Excellent!  Would you be able to make reservations at the restaurants/clubs
>>> there for me?
>>>
>>> _____
>>> From: Carter Mann [mailto:Carter@quintessentially.com]
>>> Sent: Tuesday, August 10, 2010 3:11 PM
>>> To: Rashid, Erem
>>> Subject: St Tropez Hotels
>>>
>>> Hi Erem,
>>>
>>> I can definitely send over some recommendations. Here are our top hotel
>>> choices in St. Tropez, I'll send over restaurants and club recs shortly ☺
>>>
>>> Best,
>>>
>>> CARTER MANN
>>> Dedicated Account Manager, New York
>>> Quintessentially
>>> 353 Lexington Avenue, 3rd Floor
>>> New York, NY 10016
>>>
>>> New York Office: +1 (212) 206-6633
>>> DL: +1 (646) 607-5731
>>> F:   +1 (212) 206-6972

```
>>> W: www.quintessentially.com<http://www.quintessentially.com/>
>>>
>>> Part of the Quintessentially Group
>>> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com>
>>>
>>> P Please consider the environment before printing this email
>>>
>>>
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>> _____
>>> This email has been scanned by the MessageLabs Email Security System.
>>> For more information please visit http://www.messagelabs.com/email
>>> _____
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>> _____
>>> This email has been scanned by the MessageLabs Email Security System.
>>> For more information please visit http://www.messagelabs.com/email
>>> _____
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>> _____
>>> This email has been scanned by the MessageLabs Email Security System.
>>> For more information please visit http://www.messagelabs.com/email
>>> _____
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>> _____
>>> This email has been scanned by the MessageLabs Email Security System.
>>> For more information please visit http://www.messagelabs.com/email
>>> _____
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>> _____
>>> This email has been scanned by the MessageLabs Email Security System.
>>> For more information please visit http://www.messagelabs.com/email
>>> _____
>>>
>>>
>>> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for
>>> important
>>> information about Moelis & Company and this e-mail.
>>>
>>>
>>> This email and any files transmitted with it are confidential
>>> and intended solely for the person or entity to whom they are
>>> addressed and may contain confidential and/or privileged
>>> material.    Any review, retransmission, dissemination or
>>> other use of, or taking of any action in reliance upon this
>>> information by persons or entities other than the intended
>>> recipient is prohibited.    If you have received this email in
>>> error please contact the sender and delete the material from
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                    APOLLO00058461

```
>>> any computer.
>>>
>>> Apollo Global Management, LLC
>>>
>>>
>>> <winmail.dat>
>>
>>
>> This email and any files transmitted with it are confidential
>> and intended solely for the person or entity to whom they are
>> addressed and may contain confidential and/or privileged
>> material.     Any review, retransmission, dissemination or
>> other use of, or taking of any action @
>
>
>
>
> This email and any files transmitted with it are confidential
> and intended solely for the person or entity to whom they are
> addressed and may contain confidential and/or privileged
> material.     Any review, retransmission, dissemination or
> other use of, or taking of any action in reliance upon this
> information by persons or entities other than the intended
> recipient is prohibited.     If you have received this email in
> error please contact the sender and delete the material from
> any computer.
>
> Apollo Global Management, LLC
>
>
```

Message
| | |
|---|---|
| **From**: | Ali Rashid [rashid@ApolloLP.com] |
| **Sent**: | 8/13/2010 2:21:50 PM |
| **To**: | 'Rashid, Erem' [Erem.rashid@moelis.com] |
| **Subject**: | RE: St Tropez Hotels |

I am going to want the Marcel from 20-23. I think Eco Deluxe probably makes sense.  Can you see what rooms and rates and currently available and I will call in an hour to give you my cc info to reserve.

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Thursday, August 12, 2010 12:52 PM
**To:** Ali Rashid
**Subject:** Fw: St Tropez Hotels

**From**: Kelly Grumbach <kelly@quintessentiallytravel.com>
**To**: Rashid, Erem
**Sent**: Thu Aug 12 12:38:26 2010
**Subject**: RE: St Tropez Hotels

Hi Erem,

If you want to party, you want to be in Mallorca since Formentera is much more relaxed, quiet and chill. In Mallorca, I would recommend the following properties but they are mostly sold out.

Hospes Maricel
http://www.hospes.com/en/hotel-mallorca-maricel/
Aug 20-22:
**Eco-Suite – 575 EUR per room per night**

Breathtaking suites with a large living room facing the sea decorated with Mediterranean colors that blend with the modern furniture and contemporary design of wood and leather where comfort is the most important asset. All rooms feature spacious bathrooms with separate showers and natural light.
- 55 sqm
- Living Room
- Queen size bed (2x2 m) with exclusive mattresses and Egyptian cotton bed linen
- Turndown service
- High-speed Internet access in all areas of the hotel
- Free Access to the outdoor pool and Bodyna Spa
- Plasma screen TV-DVD player

**Eco-Deluxe – 495 EUR per room per night**

All of these double rooms have sea views and Mediterranean-inspired décor with native stone walls and wooden floors with original contemporary art where sustainable comfort is the most important aspect. All rooms have access to a private terrace, a Zen swimming pool, a bathroom and a shower.
- 50sqm
- Private Zen pool
- Private terrace
- Double bed size with exclusive mattresses and Egyptian cotton bed linen
- Turndown service

- High-speed Internet access in all areas of the hotel
- Free Access to the outdoor pool
- 40¨ Plasma screen TV-DVD playe

Puro Hotel
http://www.purohotel.com/en/home.html
Aug 20-23: (Minimum stay of three nights)
Double Standard Room: 235 EUR per room per night

August 19-21: (No minimum)
Double Superior Room: 255 EUR per room per night
Junior Suite: 285 EUR per room per night

L'Avanida Hotel
http://www.avenida-hotel.com/en/cms.php
Aug 20-22: Sold Out

Cap Rocat:
http://caprocat.com/new/home_en.html
Aug 20-22: Sold Out

Thank you,
Kelly

**KELLY GRUMBACH**
**Head of Travel - North America**
Quintessentially Travel
353 Lexington Avenue, 3rd Floor
New York, NY 10016

Main: +1 (212) 206-6633
Fax: +1 (212) 206-6972
W: www.quintessentiallytravel.com

Part of the Quintessentially Group www.quintessentiallygroup.com

---

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Thursday, August 12, 2010 12:00 PM
**To:** Kelly Grumbach
**Subject:** RE: St Tropez Hotels

Another question for you – so if I wanted to go to Majorca or Formentera, are there hotels there you could recommend?

---

**From:** Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
**Sent:** Wednesday, August 11, 2010 9:23 AM
**To:** Rashid, Erem
**Subject:** RE: St Tropez Hotels

Hi Erem,

The three you listed are the coolest hotels (and therefore the most booked and expensive). Hotel Byblos and Le Messardiere are completely sold out for your dates, but Hotel Sezz does have availability.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

Exhibit F

**From August 20th 2010 to August 22nd 2010 (2 nights)**

Type of room:        Daily rate (taxes and service included):
**Cocoon 40m2        750 € Only 1 Double Bed**
**Suite 80m2         1800 € where you can add a extra bed**

I know this is over the budget you had initially intended, but as I mentioned, August is peak season in St. Tropez, and most of these hotels have been booked up for months. I can try to find another hotel that costs a little less, but it will be much father out of town and where all the action is.

Please let me know how you would like to continue.

Best Wishes,
Kelly

KELLY GRUMBACH
Head of Travel – North America
Quintessentially Travel
353 Lexington Avenue, 3rd Floor
New York, NY 10016

Main: +1 (212) 206-6633
Fax: +1 (212) 206-6972
W: www.quintessentiallytravel.com

Part of the Quintessentially Group www.quintessentiallygroup.com

---

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Tuesday, August 10, 2010 5:02 PM
**To:** Kelly Grumbach
**Subject:** RE: St Tropez Hotels

Kelly thanks so much for all your help. If you can think of any other hotels that would be fun and cool to stay at, please feel free to recommend. Thanks!

---

**From:** Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
**Sent:** Tuesday, August 10, 2010 4:44 PM
**To:** Rashid, Erem; Carter Mann
**Subject:** RE: St Tropez Hotels

Hi Erem,

I would be happy to look into rates for you. August is still high season, so availability might be limited. However, I will be in touch tomorrow with exact rates and availability for you at the three hotels you mentioned.

Kind Regards,

Kelly

KELLY GRUMBACH
Head of Travel – North America
Quintessentially Travel
353 Lexington Avenue, 3rd Floor
New York, NY 10016

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                                    APOLLO00107377

Exhibit F

Main: +1 (212) 206-6633
Fax: +1 (212) 206-6972
W: www.quintessentiallytravel.com

Part of the Quintessentially Group www.quintessentiallygroup.com

---

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Tuesday, August 10, 2010 3:33 PM
**To:** Carter Mann
**Cc:** Kelly Grumbach
**Subject:** RE: St Tropez Hotels

Thanks Carter and hi Kelly!

(1)     looking for regular room (standard) with two double beds if possible
(2)     view would be nice but not necessary since we will not be in the room much
(3)     need 1 room for now
(4)     willing to spend up to approx $700-750/night (works out to roughly 550-575 Euros)

---

**From:** Carter Mann [mailto:Carter@quintessentially.com]
**Sent:** Tuesday, August 10, 2010 3:30 PM
**To:** Rashid, Erem
**Cc:** Kelly Grumbach
**Subject:** RE: St Tropez Hotels

Hey Erem,

I can continue to help you with restaurants and clubs but I am going to pass your hotel request over to our Head of
Travel, Kelly Grumbach. She can work with you directly on this and is cc-ed above.

To help her better help you, can you answer the following questions:
-        What kind of room are you looking for, a normal room or more of a suite?
-        Would you like a view?
-        How many rooms do you need? I know you said your brother was going too so I wanted to check if you guys
needed one or two rooms
-        What is your room budget for this trip, either per night or total?

Thanks!

**CARTER MANN**
Dedicated Account Manager, New York
Quintessentially
353 Lexington Avenue, 3rd Floor
New York, NY 10016

New York Office: +1 (212) 206-6633
DL: +1 (646) 607-5731
F:  +1 (212) 206-6972
W: www.quintessentially.com

Part of the Quintessentially Group www.quintessentiallygroup.com

🖨 *Please consider the environment before printing this email*

---

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Tuesday, August 10, 2010 3:19 PM

APOLLO00107378

Exhibit F

**To:** Carter Mann
**Subject:** RE: St Tropez Hotels

That is fantastic!  Ok, so would you check for me if you can rooms are available and rates at the following hotels:

(1)     Hotel Byblos
(2)     Hotel Sezz
(3)     Le Messardiere

Dates we will be there are 8/20 and 8/21.  Thanks!

---

**From:** Carter Mann [mailto:Carter@quintessentially.com]
**Sent:** Tuesday, August 10, 2010 3:13 PM
**To:** Rashid, Erem
**Subject:** RE: St Tropez Hotels

Yup!

CARTER MANN
Dedicated Account Manager, New York
Quintessentially
353 Lexington Avenue, 3rd Floor
New York, NY 10016

New York Office: +1 (212) 206-6633
DL: +1 (646) 607-5731
F:   +1 (212) 206-6972
W: www.quintessentially.com

Part of the Quintessentially Group www.quintessentiallygroup.com

Please consider the environment before printing this email

---

**From:** Rashid, Erem [mailto:Erem.rashid@moelis.com]
**Sent:** Tuesday, August 10, 2010 3:12 PM
**To:** Carter Mann
**Subject:** RE: St Tropez Hotels

Excellent!  Would you be able to make reservations at the restaurants/clubs there for me?

---

**From:** Carter Mann [mailto:Carter@quintessentially.com]
**Sent:** Tuesday, August 10, 2010 3:11 PM
**To:** Rashid, Erem
**Subject:** St Tropez Hotels

Hi Erem,

I can definitely send over some recommendations. Here are our top hotel choices in St. Tropez, I'll send over restaurants and club recs shortly ☺

Best,

CARTER MANN
Dedicated Account Manager, New York
Quintessentially
353 Lexington Avenue, 3rd Floor
New York, NY 10016

New York Office: +1 (212) 206-6633
DL: +1 (646) 607-5731
F:   +1 (212) 206-6972

Exhibit F

W: www.quintessentially.com

Part of the Quintessentially Group www.quintessentiallygroup.com

*Please consider the environment before printing this email*

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Disclaimer: Click here for important information about Moelis & Company and this e-mail.

APOLLO00107380

Exhibit F

Message
_____

**From**:      Ali Rashid [rashid@ApolloLP.com]
**Sent**:      8/13/2010 4:45:04 PM
**To**:        'Patrick McGinnis' [pjmcginnis@gmail.com]
**Subject**:   RE: Mallorca and Ibiza


Yes.  I will call you in 5 mins.

-----Original Message-----
From: Patrick McGinnis [mailto:pjmcginnis@gmail.com]
Sent: Friday, August 13, 2010 4:44 PM
To: Ali Rashid
Subject: Re: Mallorca and Ibiza

Shall I book our flights now?


On 8/13/10 10:41 PM, "Ali Rashid" <rashid@apollolp.com> wrote:

>
>
> _____
> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
> Sent: Friday, August 13, 2010 4:41 PM
> To: Ali Rashid
> Subject: FW: Mallorca and Ibiza
>
>
>
> _____
> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
> Sent: Friday, August 13, 2010 4:33 PM
> To: Rashid, Erem
> Subject: Mallorca and Ibiza
>
> Hi Erem,
>
> Just to confirm, you have booked an Eco Suite August 20-22 at Hospes Maricel.
> The rate for the room per night (excluding tax and service) is 575 per night.
> The rate for an extra bed per night is 115 EUR, but the hotel is happy to
> waive the fee for the second night for you.
>
> In Ibiza, I would recommend the following hotels as they are centrally
> located. Hotels in Ibiza are overall a bit cheesy looking, and the following
> two are your best bet. I will need to confirm availability though as
> availability is super limited this late in the game:
>
> http://www.ibizagranhotel.com/eng/ibiza-gran-hotel.php
>
> http://www.aguasdeibiza.com/en
>
> Since reservations is close, I will have my weekend team check availability
> and get back to you.
>
> Kind Regards,
>
> Kelly
>
> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
> Sent: Friday, August 13, 2010 11:41 AM
> To: Kelly Grumbach
> Subject: RE: St Tropez Hotels
>
> Kelly:
>
> These hotels look great!  Quick question - which hotel has a cool, hip vibe,
> the Maricel or the Puro?  Thanks.
>
> Erem

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                    APOLLO00107354

```
>   _____
>
> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
> Sent: Thursday, August 12, 2010 12:38 PM
> To: Rashid, Erem
> Subject: RE: St Tropez Hotels
>
> Hi Erem,
>
> If you want to party, you want to be in Mallorca since Formentera is much more
> relaxed, quiet and chill. In Mallorca, I would recommend the following
> properties but they are mostly sold out.
>
> Hospes Maricel
> http://www.hospes.com/en/hotel-mallorca-maricel/
> Aug 20-22:
> Eco-Suite – 575 EUR per room per night
>
>
>
> Breathtaking suites with a large living room facing the sea decorated with
> Mediterranean colors that blend with the modern furniture and contemporary
> design of wood and leather where comfort is the most important asset. All
> rooms feature spacious bathrooms with separate showers and natural light.
>
> *   55 sqm
> *   Living Room
> *   Queen size bed (2x2 m) with exclusive mattresses and Egyptian cotton bed
> linen
> *   Turndown service
> *   High-speed Internet access in all areas of the hotel
> *   Free Access to the outdoor pool and Bodyna Spa
> *   Plasma screen TV-DVD player
>
> Eco-Deluxe – 495 EUR per room per night
>
> All of these double rooms have sea views and Mediterranean-inspired décor with
> native stone walls and wooden floors with original contemporary art where
> sustainable comfort is the most important aspect. All rooms have access to a
> private terrace, a Zen swimming pool, a bathroom and a shower.
>
> *   50sqm
> *   Private Zen pool
> *   Private terrace
> *   Double bed size with exclusive mattresses and Egyptian cotton bed linen
> *   Turndown service
> *   High-speed Internet access in all areas of the hotel
> *   Free Access to the outdoor pool
> *   40¨ Plasma screen TV-DVD playe
>
>
>
> Puro Hotel
> http://www.purohotel.com/en/home.html
> Aug 20-23: (Minimum stay of three nights)
> Double Standard Room: 235 EUR per room per night
>
> August 19-21: (No minimum)
> Double Superior Room: 255 EUR per room per night
> Junior Suite: 285 EUR per room per night
>
> L'Avanida Hotel
> http://www.avenida-hotel.com/en/cms.php
> Aug 20-22: Sold Out
>
> Cap Rocat:
> http://caprocat.com/new/home_en.html
> Aug 20-22: Sold Out
>
> Thank you,
> Kelly
>
> KELLY GRUMBACH
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                APOLLO00107355

Exhibit F

```
> Head of Travel - North America
> Quintessentially Travel
> 353 Lexington Avenue, 3rd Floor
> New York, NY 10016
>
> Main: +1 (212) 206-6633
> Fax: +1 (212) 206-6972
> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>
> Part of the Quintessentially Group
> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>
>
>
>
> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
> Sent: Thursday, August 12, 2010 12:00 PM
> To: Kelly Grumbach
> Subject: RE: St Tropez Hotels
>
> Another question for you - so if I wanted to go to Majorca or Formentera, are
> there hotels there you could recommend?
>
> _____
> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
> Sent: Wednesday, August 11, 2010 9:23 AM
> To: Rashid, Erem
> Subject: RE: St Tropez Hotels
>
> Hi Erem,
>
> The three you listed are the coolest hotels (and therefore the most booked and
> expensive). Hotel Byblos and Le Messardiere are completely sold out for your
> dates, but Hotel Sezz does have availability.
>
> From August 20th 2010 to August 22nd 2010 (2 nights)
>
> Type of room:                    Daily rate (taxes and service included):
> Cocoon 40m2                      750 € Only 1 Double Bed
> Suite 80m2                        1800 € where you can add a extra bed
>
> I know this is over the budget you had initially intended, but as I mentioned,
> August is peak season in St. Tropez, and most of these hotels have been booked
> up for months. I can try to find another hotel that costs a little less, but
> it will be much father out of town and where all the action is.
>
> Please let me know how you would like to continue.
>
> Best Wishes,
> Kelly
>
> KELLY GRUMBACH
> Head of Travel - North America
> Quintessentially Travel
> 353 Lexington Avenue, 3rd Floor
> New York, NY 10016
>
> Main: +1 (212) 206-6633
> Fax: +1 (212) 206-6972
> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>
> Part of the Quintessentially Group
> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>
>
>
>
>
> From: Rashid, Erem [mailto:Erem.rashid@moelis.com]
> Sent: Tuesday, August 10, 2010 5:02 PM
> To: Kelly Grumbach
> Subject: RE: St Tropez Hotels
>
```

 APOLLO00107356

Exhibit F

> Kelly thanks so much for all your help.  If you can think of any other hotels
> that would be fun and cool to stay at, please feel free to recommend.  Thanks!
>
> _____
> From: Kelly Grumbach [mailto:kelly@quintessentiallytravel.com]
> Sent: Tuesday, August 10, 2010 4:44 PM
> To: Rashid, Erem; Carter Mann
> Subject: RE: St Tropez Hotels
>
> Hi Erem,
>
> I would be happy to look into rates for you. August is still high season, so
> availability might be limited. However, I will be in touch tomorrow with exact
> rates and availability for you at the three hotels you mentioned.
>
> Kind Regards,
>
> Kelly
>
> KELLY GRUMBACH
> Head of Travel - North America
> Quintessentially Travel
> 353 Lexington Avenue, 3rd Floor
> New York, NY 10016
>
> Main: +1 (212) 206-6633
> Fax: +1 (212) 206-6972
> W: www.quintessentiallytravel.com<http://www.quintessentially.com/>
>
> Part of the Quintessentially Group
> www.quintessentiallygroup.com<http://www.quintessentiallygroup.com/>
>
>
>
> Disclaimer: Click here<http://www.moelis.com/disclaimer/email/> for important
> information about Moelis & Company and this e-mail.
>
>
> This email and any files transmitted with it are confidential
> and intended solely for the person or entity to whom they are
> addressed and may contain confidential and/or privileged
> material.    Any review, retransmission, dissemination or
> other use of, or taking of any action in reliance upon this
> information by persons or entities other than the intended
> recipient is prohibited.    If you have received this email in
> error please contact the sender and delete the material from
> any computer.
>
> Apollo Global Management, LLC
>
>

**EXHIBIT G**

**EXAMPLE 3 – MEALS & DRINKS SUPPORTING DOCUMENTATION**

Draft: Attorney Work Product //Privileged//Confidential

| No. | Date | Merchant | Long Description | Tran. Amount | Personal | Payment Type | Project Name | Expense Classification | Allocation Suggestion/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1159 | Tuesday, August 16, 2011 | FIG & OLIVE THIRTEEN STRE | Dinner with Beddows and Vaughn - Welspun | 265.090 | N | AMX | 20678 | Personal | |

Note: This is an extract from Plaintiff's Exhibit 19 – APOLLO00109357.

| Trans Date | Merchant | Long Descr | Project | Project Name | Full Amount | Report ID | Expense Type |
|---|---|---|---|---|---|---|---|
| 8/16/2011 | FIG & OLIVE THIRTEEN STRE | Dinner with Beddows and Vaughn - Welspun | 20678 | Welspun | 265.09 | 0000006728 | Meals - Clients |

Note: This is an extract from Plaintiff's Exhibit 10 - APOLLO00109071.



**Expense Report Accounting Distributions**

4/20/2016
11:15:10 AM

Employee: **Rashid,Mohammed**          Travel and Expenses                                                    Report: **0000006728**

| Date | Expense Type | Merchant | Amount | Currency | Department | | Investment | | Legal Entity | |
|------|-------------|----------|--------|----------|-----------|--|-----------|--|--------------|--|
| 07/28/2011 | Meals - Clients | XO RESTAURANT ASSOCIATES,<br>**Description:** Drinks with seagull - Webspan | 150.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 07/30/2011 | Meals Clients | GFB RESTAURANT CORP<br>**Description:** Dinner with Foster - QOI | 199.75 | USD | 30000 | Private Equity | 28161 | QOI Fund III | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 07/31/2011 | Meals Clients | FIRST BANK OPERATING INC<br>**Description:** Lunch with Feltman - Asco | 131.05 | USD | 30000 | Private Equity | 25112 | Ascometal SA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/02/2011 | PC Network | GOGO LLC<br>**Description:** Frequent flier fee | 12.95 | USD | 30000 | Private Equity | | | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/02/2011 | Meals - Employees | SSP AMERICA INC<br>**Description:** Dinner | 50.40 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/02/2011 | Airfare | VIRGIN AMERICA INC<br>**Description:** JFK to SFO - Metals USA | 1,886.00 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/03/2011 | Meals - Employees | STARBUCKS 5896<br>**Description:** Lunch | 76.80 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/08/2011 | Travel Agency Fees | AMERICAN AIRLINES INC<br>**Description:** | 25.00 | USD | 30000 | Private Equity | 25112 | Ascometal SA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/08/2011 | Airfare | AMERICAN AIRLINES INC<br>**Description:** Trip to Dusseldorf, various meetings | 3,417.38 | USD | 30000 | Private Equity | 25112 | Ascometal SA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/08/2011 | PC-Network | GOGO LLC<br>**Description:** Frequent flier fees | 12.95 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/08/2011 | Meals - Clients | MISSION & STUART HOTEL PA<br>**Description:** Dinner with Keilho and Kohl - Metals | 342.35 | USD | 30000 | Private Equity | 12701 | Metals USA | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/09/2011 | Travel Agency Fees | CONTINENTAL AIRLINES<br>**Description:** | 50.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings,<br>LP |
| 08/10/2011 | Travel Agency Fees | CONTINENTAL AIRLINES<br>**Description:** Electronic ticker | 7.50 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings,<br>LP |

Page 1 of 3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

APOLLO 00041088



**Expense Report Accounting Distributions**

4/20/2016
11:15:10 AM

| Employee: | Rashid,Mohammed | | Travel and Expenses | | | | | | | Report: | 0000006728 |

| Date | Expense Type | Merchant | Amount | Currency | Department | | Investment | | Legal Entity | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2011 | Taxi & Limousine | DOWNTOWN TAXI MGMT INC | 11.60 | USD | 30000 | Private Equity | PNB | Potential New Business | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Taxi return from Noranda board meeting | | | | | | | | |
| 08/10/2011 | Meals - Employees | NOBU 57 LLC | 264.29 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Lunch with Ashraanh Mehra and Mick McMullen - Webspan | | | | | | | | |
| 08/11/2011 | Taxi & Limousine | DOWNTOWN TAXI MGMT INC | 11.60 | USD | 30000 | Private Equity | PNB | Potential New Business | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Taxi to Noranda board meeting | | | | | | | | |
| 08/13/2011 | Meals - Clients | PEI MUSSEL KITCHEN LLC | 36.18 | USD | 30000 | Private Equity | 25412 | Answered SA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Drinks with Perdman - Anco | | | | | | | | |
| 08/15/2011 | Miscellaneous Expense | CREDIT PENDING INVESTIGATION | -395.00 | USD | 30000 | Private Equity | | | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Investigating charge | | | | | | | | |
| 08/16/2011 | Meals - Clients | 11G & OLIVE THIRTEEN STRE | 265.99 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Dinner with Beldowss and Vaughn - Webspan | | | | | | | | |
| 08/16/2011 | Hotel & Lodging | LES HOTELS CAN PRO INC | 642.71 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Montreal stay - Metals USA | | | | | | | | |
| 08/16/2011 | Meals - Employees | LES HOTELS CAN PRO INC | 18.74 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Room service - Metals USA | | | | | | | | |
| 08/17/2011 | Client Entertainment | APPLE INC | 1,000.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Apple gifts - Pascal Nerbonne, Bertrand Rose | | | | | | | | |
| 08/17/2011 | Client Entertainment | APPLE INC | 17.42 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Philippe Cruisier | | | | | | | | |
| 08/17/2011 | Client Entertainment | APPLE INC | 290.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Michel Tarrang, Frank Doueiore, Laure Bevierre, Pascal Philippe | | | | | | | | |
| 08/17/2011 | Client Entertainment | APPLE INC | 1,000.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Marcc-Luc Bromberger, Jacques Coet, Paolo Falcone | | | | | | | | |
| 08/17/2011 | Client Entertainment | APPLE INC | 17.42 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho dings, LP |
| | | **Description:** Antoine Vermersch, Franck Bazat | | | | | | | | |

Page 2 of 3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO

APOLLO 00041089





**Expense Report Accounting Distributions**

4/20/2016
11:15:10 AM

Employee: **Rashid,Mohammed**                Travel and Expenses                                    Report:          **0000006728**

| Date | Expense Type | Merchant | Amount | Currency | Department | | Investment | | Legal Entity | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/2011 | Taxi & Limousine | GTM TAXI MANAGEMENT A0133<br>**Description:** Taxi to meeting at Credit Suisse | 12.00 | USD | 30000 | Private Equity | 21624 | 1C1  Credit Suisse | 0053 | Apollo Mgmt Ho ldings, LP |
| 08/18/2011 | Miscellaneous Expense | US CUSTOMS & BORDER PROTE<br>**Description:** Arcumtotal | 13.00 | USD | 30000 | Private Equity | 25412 | Aecumetal SA | 0053 | Apollo Mgmt Ho ldings, LP |
| 08/21/2011 | Client Entertainment | BARNES & NOBLE INC<br>**Description:** Books for clients | 59.31 | USD | 30000 | Private Equity | 12700 | Metals USA | 0053 | Apollo Mgmt Ho ldings, LP |
| 08/22/2011 | Meals - Client | KOSUGI RESTAURANT GROUP I<br>**Description:** Dinner with Smith - Realogy | 192.00 | USD | 30000 | Private Equity | 13605 | Realogy | 0053 | Apollo Mgmt Ho ldings, LP |
| 08/23/2011 | Meals - Client | TUESSARCI, LLC<br>**Description:** Drinks with Bharti - Webspan | 127.00 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho ldings, LP |
| 08/24/2011 | PC Network | GOGO LLC<br>**Description:** Frequent flier club fee | 12.95 | USD | 30000 | Private Equity | 20678 | Webspan | 0053 | Apollo Mgmt Ho ldings, LP |

**Total :    9,814.44    USD**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY APOLLO                APOLLO 00041090

Exhibit G



# Apollo Global Management LLC
## Travel & Expense
## Reimbursement Policy

## January 2009