**Index of Exhibits Referenced in SEC Rebuttal Declarations**

| PX No. | Description |
|---|---|
| PX 198 | Email dated 12/20/2011 from Rashid to Gatsik |
| PX 199 | Emails dated 2/21/2012 between Rashid and Gatsik |
| PX 200 | Email dated 4/27/2012 from Rashid to Gatsik forwarding earlier emails |
| PX 201 | Ermenegildo Zegna receipt dated 4/22/2012 |
| PX 202 | Rashid emails reviewed by Cleary during BDO expense review |