UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Securities and Exchange Commission,                    17 Civ. 8223 (PKC)

                Plaintiff,

      -against-                                                                          ORDER

Mohammed Ali Rashid,

                Defendants.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

      The final pretrial conference originally scheduled for October 11, 2019 is adjourned to December 3, 2019 at 2:00 p.m.  Trial in this case will commence on December 10, 2019 at 10:30 a.m.

      SO ORDERED.

                                                              P. Kevin Castel
                                                              United States District Judge

Dated:   New York, New York
          September 26, 2019