

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
**DIVISION OF ENFORCEMENT**
100 F Street, N.E.
WASHINGTON, D.C. 20549-1004

DIVISION OF
ENFORCEMENT

Duane K. Thompson
Assistant Chief Litigation Counsel
Telephone:  (202) 551-7159
Facsimile:  (202) 772-9282
Thompsond@sec.gov

January 13, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

    Re:    *SEC v. Rashid*, No. 17-cv-8223-PKC (S.D.N.Y.)

Dear Judge Castel:

    During the trial of this matter on January 7, 2020, Your Honor asked the SEC whether all the expenses that appear on PX 111 (BDO spreadsheet) for the time period January 2, 2011 through March 2013 are included in the 52 pages of attachment to PX 96 (Michel spreadsheet).  (Tr. at 1085) Based on our review of PX 111 there are 131 entries on that exhibit that are not included in PX 96 for the time period January 3, 2011 through March 18, 2013.  Each of these 131 entries on PX 111 have a notation that states "Not on Ali's Sch" in the first column.  Below is an example for Item 1129 on PX 111 with such a notation:



    Your Honor also asked which of the BDO line items covered by the SEC on examination of Mr. Rashid are included in PX 96.  (Tr. at 1085).  The following BDO line items covered by the SEC on examination of Mr. Rashid are included in PX 96:

The Honorable P. Kevin Castel
January 13, 2020
Page 2

| | | |
|---|---|---|
| BDO 786 | BDO 1443 | BDO 1705 |
| BDO 790 | BDO 1454 | BDO 1752 |
| BDO 791 | BDO 1455 | BDO 1777 |
| BDO 792 | BDO 1456 | BDO 1788 |
| BDO 793 | BDO 1457 | BDO 1852 |
| BDO 957 | BDO 1458 | BDO 2097 |
| BDO 958 | BDO 1459 | BDO 2246 |
| BDO 971 | BDO 1460 | BDO 2323 |
| BDO 972 | BDO 1461 | BDO 2325 |
| BDO 1241 | BDO 1462 | BDO 2327 |
| BDO 1244 | BDO 1463 | BDO 2335 |
| BDO 1253 | BDO 1464 | BDO 2537 |
| BDO 1270 | BDO 1466 | BDO 2346 |
| BDO 1292 | BDO 1563 | BDO 2399 |
| BDO 1442 | BDO 1704 | |

Your Honor also asked the SEC which of these items Mr. Rashid indicated he would take as personal.  Tr. at 1086.  For BDO line items 790-793, 1463, 1464, 1788, 2325, and 2399, Mr. Rashid made an indication on PX 96 that he would take them as "personal."  For the rest of the items listed above, Mr. Rashid either added comments in an attempt to justify the expense or did not provide any further explanation for the expense.

Finally, the SEC's examination of Mr. Rashid included the following BDO line items that are not found on PX 96: BDO 1103; BDO 1129; BDO 1138; and BDO 1169, each of which contain the annotation "Not on Ali's Sch."

The Honorable P. Kevin Castel
January 13, 2020
Page 3

      Please let us know if Your Honor would like us to provide additional information or have further questions about this issue.

                Respectfully submitted,

                s/Duane K Thompson

                Duane K. Thompson

cc: Counsel of Record (via ECF)