UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>            v.<br><br>MOHAMMED ALI RASHID,<br><br>            Defendant. | No. 17-cv-8223 (PKC) |

# FINAL JUDGMENT AS TO
# DEFENDANT MOHAMMED ALI RASHID

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's Findings of Facts and Conclusions of Law (the "Court's Findings") [Doc. 221], which is incorporated herein, Final Judgment is entered for:

(1) Plaintiff Securities and Exchange Commission ("SEC") and against Defendant Mohammed Ali Rashid ("Rashid" or "Defendant") for violating Section 206(2) of the Investment Advisers Act of 1940 (the "Advisers Act" or the "Act"), 15 U.S.C. §§ 80b-6(2).

(2) Rashid and against the SEC on its claims that Rashid violated Section 206(1) of the Advisers Act or, alternatively, that Rashid aided and abetted a violation of Section 206(1) of the Act.

Having found Rashid liable for a primary violation of Section 206(2) of the Advisers Act, the Court does not reach whether or not Rashid should be found liable of aiding and abetting a violation of Section 206(2) of the Act.

Accordingly, as discussed in greater detail in the Court's Findings (Doc. 221), and having considered the submissions of the Parties as well as the trial record of these proceedings:

-1-

I.

**PERMANENT INJUNCTION**
**SECTION 206(2) OF THE INVESTMENT ADVISERS ACT OF 1940**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Rashid and his agents, servants, employees, attorneys, and all persons in active concert or participation with him, who receive actual notice of this judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 206(2) of the Advisers Act, [15 U.S.C. §§ 80b-6] by, while acting as an investment adviser, by the use of the means and instrumentalities of interstate commerce and of the mails, directly or indirectly, engaging in transactions, practices, and courses of business which operate as a fraud or deceit upon his clients and prospective clients.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

**CIVIL PENALTY**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Rashid shall pay a civil penalty in the amount of $240,000 to the Securities and Exchange Commission pursuant to 15 U.S.C. § 80b-9(e). Rashid shall make this payment within 30 days after entry of this Final Judgment.

Rashid may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at

http://www.sec.gov/about/offices/ofm.htm. Rashid may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court, Mohammed Ali Rashid as a defendant in this action, and specifying that payment is made pursuant to this Final Judgment.

Rashid shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel of record in this action. By making this payment, Rashid relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Rashid. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Rashid shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

### III.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment.

### IV.

### FEDERAL RULE OF CIVIL PROCEDURE 58

There being no just reason for delay, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

_____
P. Kevin Castel
United States District Judge

Dated: 10/14/2020
      New York, New York

-4-