UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>MOHAMMED ALI RASHID,<br><br>     Defendant. | Case No. 17-CIV-8223 (PKC)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Defendant Mohammed Ali Rashid, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on October 14, 2020 (the "October 14 Judgment"). This appeal is taken from each and every part of the October 14 Judgment.

Dated: December 7, 2020
     New York, NY

Respectfully submitted,

SELENDY & GAY PLLC

By: /s/ *Caitlin J. Halligan*
   Caitlin J. Halligan
   Faith Gay
   Shomik Ghosh
   SELENDY & GAY, PLLC
   1290 Avenue of the Americas
   New York, NY 10104
   Tel: 212-390-9000
   challigan@selendygay.com

        Theresa M. B. Van Vliet, Esq.
        Genovese, Joblove & Battista, P.A.
        200 East Broward Blvd.
        Suite 1110
        Fort Lauderdale, FL 33301
        tvanvliet@gjb-law.com
        Tel: 954-253-3150
        Florida Bar No. 374040

        *Attorneys for Respondent Mohammed Ali Rashid*