**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                   Plaintiff,

              -against-                                                  17 **CIVIL** 8223 (PKC)

                                                                         **JUDGMENT**

MOHAMMED ALI RASHID,

                                   Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated July 15, 2024, that in accordance with the mandate of the

United States Court of Appeals, judgment is entered for the defendant and the case is closed.

**Dated:**  New York, New York

       July 16, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                   **BY:**
                                                        _____
                                                               **Deputy Clerk**